1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   mike.bettinger@klgates.com
2  RACHEL R. DAVIDSON (STATE BAR NO. 215517)
   rachel.davidson@klgates.com
3  MIKAL J. CONDON (STATE BAR NO. 229208)
   mikal.condon@klgates.com
4  J. MICHAEL KEYES (STATE BAR NO. 262281)
   mike.keyes@klgates.com
5  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
6  San Francisco, CA 94111
   Phone: (415) 882-8200
7  Fax:   (415) 882-8220

8  Attorneys for Defendant
9  Carma Laboratories, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL TURCIOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARMA LABORATORIES, INC., a Wisconsin corporation,<br><br>Defendant. | Case No. CV12-8487- JGB(Ex)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER |

~~The Court has received and considered the parties' Stipulated Protective Order.~~ Pursuant to the stipulation for entry of a protective order, and for good cause shown,

//

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER
Case No. CV12-8487-JGB(Ex)
1

1  **IT IS ORDERED** that the parties' Stipulated Protective Order is approved and shall
2  be the Order of the Court.

3

4  Dated: 3/12/13                                    _____
5                                                    Hon. Charles F. Eick
                                                     United States Magistrate Judge