1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   mike.bettinger@klgates.com
2  RACHEL R. DAVIDSON (STATE BAR NO. 215517)
   rachel.davidson@klgates.com
3  MIKAL J. CONDON (STATE BAR NO. 229208)
   mikal.condon@klgates.com
4  J. MICHAEL KEYES (STATE BAR NO. 262281)
   mike.keyes@klgates.com
5  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
6  San Francisco, CA 94111
   Phone: (415) 882-8200
7  Fax:    (415) 882-8220

8  Attorneys for Defendant
9  Carma Laboratories, Inc.

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14

15  MICHAEL TURCIOS, on behalf of
    himself and all others similarly situated,      Case No. CV12-8487- JGB(Ex)
16

17                              Plaintiff,           **DECLARATION OF RACHEL R.
                                                     DAVIDSON IN SUPPORT OF
18          vs.                                      CARMA LABORATORIES INC.'S
                                                     MOTION FOR RULE 11
19                                                   SANCTIONS**
    CARMA LABORATORIES, INC., a
20  Wisconsin corporation,
                                                     Date: May 6, 2013
21                              Defendant.           Time: 9:00 a.m.
                                                     Location: Courtroom 1
22                                                   Judge: Hon. Judge Jesus G. Bernal

23

24

25

26

27

28

---

DAVIDSON DECLARATION RE MOTION FOR RULE 11 SANCTIONS
Case No. CV12-8487-JGB (Ex)

**DECLARATION OF RACHEL R. DAVIDSON**

I, Rachel R. Davidson, declare as follows:

1.     I am a partner at K&L Gates LLP, counsel for Defendant Carma Laboratories, Inc. ("Carma Labs") in this action.  I make this declaration in support of Carma Labs' Motion for Rule 11 Sanctions.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Michael Turcios, dated March 1, 2013. The portions cited in Carma Labs' Motion are highlighted in the transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _15th_ day of March in San Francisco, California.

_____
Rachel R. Davidson

1

DAVIDSON DECLARATION RE MOTION FOR RULE 11 SANCTIONS
Case No. CV12-8487-JGB(Ex)

Davidson_2

# EXHIBIT A

# In The Matter Of:

## *MICHAEL TURCIOS, et al.*
## *v.*
## *CARMA LABORATORIES, INC.*

_____

## *MICHAEL TURCIOS - Vol. 1*
### *March 1, 2013*

_____

**MERRILL CORPORATION**
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

Exhibit A
Davidson_4

MICHAEL TURCIOS - 3/1/2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


| | |
|---|---|
| MICHAEL TURCIOS, on behalf of himself and all others similarly situated, | ) No. CV12-8487-JGB(Ex)<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CARMA LABORATORIES, INC., a Wisconsin corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |


DEPOSITION OF:


MICHAEL TURCIOS

Friday, March 1, 2013

10:00 a.m.


Reported by:

MONICA T. VOGELBACHER

CSR No. 6406        (2005-448743)

Exhibit A
Davidson_5

MICHAEL TURCIOS - 3/1/2013

Page 2

```
 1            Deposition of MICHAEL TURCIOS, taken at 10100

 2    Santa Monica Boulevard, 7th Floor, Los Angeles,

 3    California, beginning at 10:00 a.m. and ending at 1:31

 4    p.m., on Friday, March 1, 2013, before MONICA T.

 5    VOGELBACHER, Certified Shorthand Reporter No. 6406.

 6

 7    APPEARANCES:

 8

 9    For Plaintiffs:

10

11            RIDOUT + LYON

12            BY:  CALEB MARKER

13            Attorney at Law

14            555 East Ocean Boulevard, Suite 500

15            Long Beach, California  90802

16            (562) 216-7380

17

18

19

20

21

22

23

24

25
```

Exhibit A
Davidson_6

MICHAEL TURCIOS - 3/1/2013

```
 1    APPEARANCES: (Continued)

 2

 3    For Defendant Carma Laboratories:

 4

 5           K&L GATES LLP

 6           BY:  RACHEL DAVIDSON

 7                JOHN B. NELSON

 8           Attorney at Law

 9           Four Embarcadero Center, Suite 1200

10           San Francisco, California  94111

11           (415) 882-8200

12           rachel.davidson@klgates.com

13

14    Also Present:

15

16           ADAM SPERRY, videographer

17

18

19

20

21

22

23

24

25
```

Exhibit A
Davidson_7

MICHAEL TURCIOS - 3/1/2013

```
  1                                 INDEX

  2

  3     WITNESS:                                EXAMINATION

  4     MICHAEL TURCIOS

  5

  6              BY MS. DAVIDSON                          6

  7              BY MR. MARKER                          100

  8

  9

 10                     E X H I B I T S

 11     PLAINTIFF                                      PAGE
        Exhibit 1    Plaintiff's Verified Responses      96
 12                  to Carma Laboratories Inc.'s
                     First Set of Interrogatories
 13

 14

 15     DEFENDANT                                      PAGE

 16     Exhibit 1    9/4/12 letter RE:  Preliminary     103
                     Notice and Demand for
 17                  corrective Action Pursuant to
                     California Civil Code 1782
 18

 19

 20                  INFORMATION REQUESTED

 21                         (None)

 22

 23           QUESTION INSTRUCTED NOT TO ANSWER

 24                         (None)

 25
```

Exhibit A
Davidson_8

MICHAEL TURCIOS – 3/1/2013

```
 1          Los Angeles, California; Friday, March 1, 2013

 2                   10:00 a.m. – 1:31 p.m.

 3

 4          THE VIDEOGRAPHER:  Here begins Volume 1,

 5   videotape number one, in the deposition of Michael        10:00

 6   Turcios, in the matter of Michael Turcios versus Carma

 7   Laboratories, Inc., et al., in US District Court, Central

 8   District of California.  The case number is

 9   CIV12-8487-JGB.

10          Today's date is 1 March, 2013, and the time on      10:00

11   the video monitor is 10 a.m.

12          The video operator today is Adam D. Sperry, a

13   Notary Public contracted by Merrill Legal Solutions, at

14   20750 Ventura Boulevard, Woodland Hills, California.

15          This video deposition is taking place at 10100      10:01

16   Santa Monica Boulevard, Los Angeles, California, and was

17   noticed by Rachel Davidson of K&L Gates.

18          Counsel, please voice identify yourselves and

19   state whom you represent.

20          MS. DAVIDSON:  Rachel Davidson and John Nelson      10:01

21   for Carma Laboratories.

22          MR. MARKER:  Caleb Marker for plaintiff.

23          THE VIDEOGRAPHER:  The court reporter today is

24   Monica Vogelbacher of Merrill Legal Solutions.

25          Would the reporter please swear in the witness.     10:01
```

Exhibit A
Davidson_9

MICHAEL TURCIOS - 3/1/2013

```
 1              THE REPORTER:  All right, sir, if you'll raise

 2     your right hand, I'll place you under oath.

 3              Do you solemnly state the testimony you give in

 4     this deposition today will be the truth, the whole truth

 5     and nothing but the truth, so help you God?            10:01

 6              THE WITNESS:  Yes, I do.

 7              THE VIDEOGRAPHER:  Please begin.

 8

 9                     MICHAEL TURCIOS,

10     having been first duly sworn, was examined and testified

11     as follows:

12

13                     EXAMINATION

14     BY MS. DAVIDSON:

15          Q   Good morning.                                  10:01

16          A   Good morning.

17          Q   Mr. Turcios, have you had your deposition taken

18     before?

19          A   Yes, ma'am.

20          Q   And what was the case?                         10:01

21          A   I got bit by a dog when I was eight.

22          Q   And you brought a lawsuit?

23          A   Yeah.  My mom sued the owner of the dog.

24          Q   And what was the name of the owner of the dog?

25          A   I'm not sure.                                  10:02
```

MICHAEL TURCIOS – 3/1/2013

```
 1        Q    You don't know the name?

 2        A    I don't recall.  I forgot.

 3        Q    Let me just go over a few ground rules before we

 4   get into the process.

 5             The goal for us today is to communicate.          10:02

 6        A    Uh-huh.

 7        Q    And in order to do that effectively, it really

 8   helps, even for the court reporter, that you're not

 9   talking over me and I'm not talking over you.  So if

10   you'd do me a favor and let me finish my questions before  10:02

11   you respond, I won't interrupt your answers before I ask

12   another question.  Okay?

13        A    Okay.

14        Q    Also, everyone here has an interest in having a

15   clear record, and so for any reason you don't understand   10:02

16   a question that I'm asking --

17        A    Uh-huh.

18        Q    -- let me know.  I'm happy to rephrase that

19   question so you get a question you understand, so I get

20   an answer I understand.                                     10:02

21             Does that make sense?

22        A    Yes.

23        Q    And also, if you need to take a break at any

24   time, I'm happy to accommodate that.  Just let me know.

25   You have a right to do that, and so not a problem.  Okay?   10:03
```

Exhibit A
Davidson_11

MICHAEL TURCIOS - 3/1/2013

| | | |
|---|---|---|
| 1 | A | Okay. |
| 2 | Q | All right.  So let's go back to the first |
| 3 | lawsuit you've been in. | |
| 4 | | And that was a lawsuit brought on behalf of your |
| 5 | mom.  Is that what you're saying? | |
| 6 | A | Yes. |
| 7 | Q | Were you a named plaintiff in that lawsuit? |
| 8 | A | Yeah.  Yes. |
| 9 | Q | Did you provide testimony in that lawsuit, in a |
| 10 | deposition or otherwise? | |
| 11 | A | Yes. |
| 12 | Q | You did? |
| 13 | | And did you get your deposition taken? |
| 14 | A | Yes. |
| 15 | Q | This is when you were eight? |
| 16 | A | Uh-huh, yes. |
| 17 | Q | How old are you now? |
| 18 | A | 20. |
| 19 | Q | And do you know generally what the result of |
| 20 | that deposition was? | |
| 21 | | I mean, sorry, excuse me. |
| 22 | | Do you know what the result of the case was? |
| 23 | A | The result.  What do you mean, "the result"? |
| 24 | Q | I mean how did it conclude. |
| 25 | | You brought a lawsuit.  Did it go to trial?  Did |

Lines with timestamps (10:03) appear at lines 5, 10, 15, 20, 25.

Exhibit A
Davidson_12

MICHAEL TURCIOS – 3/1/2013

1    you get a settlement?

2          A    I got a settlement.

3          Q    You did?

4               What was the amount?

5               MR. MARKER:  If you're not sure if it's                10:04

6    confidential or not, I'm going to tell you, think about

7    that first.

8               THE WITNESS:  Do I have to tell you the amount

9    or...

10   BY MS. DAVIDSON:                                                  10:04

11         Q    I don't know.

12              MR. MARKER:  It could be subject to a

13   confidentiality agreement.  I don't know.

14              THE WITNESS:  It was, like, 26,000, 30,000,

15   around there.                                                     10:04

16   BY MS. DAVIDSON:

17         Q    Around there?

18              So it was a settlement, is that what you're

19   saying?

20         A    Yeah.                                                  10:04

21         Q    The case didn't go all the way to trial or

22   anything, did it?

23         A    No.

24         Q    So you gave your deposition.

25              Did your mom give a deposition in that case           10:04

Exhibit A
Davidson_13

MICHAEL TURCIOS - 3/1/2013

```
 1    also?

 2         A    I'm not sure.

 3         Q    What is your current address, sir?

 4         A    1981 Chestnut Avenue.

 5         Q    And is that in Los Angeles?              10:04

 6         A    Long Beach.

 7         Q    Long Beach.

 8              What's the ZIP code, sir?

 9         A    90806.

10         Q    90806.                                   10:04

11              And how long have you lived at your current

12    residence?

13         A    Nine years.

14         Q    Is that an apartment?

15         A    It's an apartment.  Apartment number 8.  10:05

16         Q    And prior to living at your Chestnut residence,

17    where did you live?

18         A    On 10th and Temple, in Long Beach.  I don't

19    remember the apartment number, though.

20         Q    And how long did you live there?         10:05

21         A    Not more than two years.

22         Q    Where were you born and raised?

23         A    In Long Beach.

24         Q    So you grew up in Long Beach?

25         A    Yes.                                     10:06
```

Exhibit A
Davidson_14

MICHAEL TURCIOS – 3/1/2013

```
 1        Q    Have you lived in any other state besides
 2   California?
 3        A    No.
 4        Q    I want to go over a little bit about your
 5   educational background.                                      10:06
 6        A    Okay.
 7        Q    So let's start with, are you a high school
 8   graduate?
 9        A    Yes.
10        Q    Where did you graduate from high school?          10:06
11        A    Millikan High School, in Long Beach.
12        Q    Is that a public or private school?
13        A    It's public.
14        Q    And then after high school, did you attend
15   college?                                                     10:06
16        A    No.
17        Q    Did you pursue any other educational studies
18   after high school?
19        A    No.
20        Q    Did you get a job after high school?              10:06
21        A    Yes.
22        Q    What was your first job?
23        A    I was doing security.
24        Q    And when you say you were doing security, if you
25   could give me a little more detail what that entails.       10:06
```

Exhibit A
Davidson_15

MICHAEL TURCIOS - 3/1/2013

| | | |
|---|---|---|
| 1 | A | I was doing security for a shipping company. |
| 2 | Q | When you say "security," were you a security |
| 3 | guard? | Is that what you're saying? |
| 4 | A | Yeah. |
| 5 | Q | What's the shipping company called? |
| 6 | A | Damco. |
| 7 | Q | Say that again, I'm sorry. |
| 8 | A | Damco. |
| 9 | Q | D-a-m... |
| 10 | A | C-o. |
| 11 | Q | C-o? |
| 12 | | And is Damco located in Los -- |
| 13 | A | It's in South Gate. |
| 14 | Q | South Gate. |
| 15 | | And were you a full-time employee at Damco? |
| 16 | A | Yes. |
| 17 | Q | Then after Damco, did you get another job? |
| 18 | A | Yeah, I actually did. |
| 19 | Q | What's that job? |
| 20 | A | I worked for E&B Natural Resources. |
| 21 | Q | What kind of company is that? |
| 22 | A | Oil field company. |
| 23 | Q | And what was your general responsibilities |
| 24 | there? | |
| 25 | A | Maintenancing on the oil wells. |

10:07 (lines 5)
10:07 (line 10)
10:07 (line 15)
10:07 (line 20)
10:07 (line 25)

Exhibit A
Davidson_16

MICHAEL TURCIOS - 3/1/2013

1      Q    What kind of maintenance did you do on the oil

2   wells?

3      A    Change valves, all kinds of stuff.

4      Q    How long were you employed at E&B?

5      A    About six months.                                    10:08

6      Q    And is there a particular reason why you left

7   that company?

8      A    Yeah.  I was getting blamed for stuff.

9      Q    Like what kind of stuff?

10     A    They were just telling me I didn't know how to    10:08

11   do my job, but they had me train a new guy, so -- yeah.

12   I just got tired of it.

13     Q    Was there any kind of formal complaints about

14   how you were doing your job at that time?

15     A    Like any formal complaints?                        10:08

16     Q    Well, you mentioned that they were blaming you

17   for stuff.

18     A    Yeah, yeah.

19     Q    Was that they were blaming stuff was -- you

20   know, informally saying you were --                        10:08

21     A    Saying I didn't know how to do my job, stuff

22   like that, but they had me train a new guy.

23     Q    So when you trained the new guy, is that some

24   indication you were doing your job right?  Is that what

25   you're saying?                                              10:09

Exhibit A
Davidson_17

MICHAEL TURCIOS - 3/1/2013

Page 14

```
 1        A    Obviously, yeah.  Yeah.

 2        Q    So were you fired?

 3        A    No.  I quit.

 4        Q    What kind of stuff were they blaming you for?

 5        A    Hmmm.  Just little things, just to get on me.     10:09

 6   Little things like -- I'm not sure what they were blaming

 7   me for.  It was just -- it was everything, all kinds of

 8   things every day, so...

 9        Q    So six months after that, you left.

10             Where did you go?                                 10:09

11        A    I haven't been working since.

12        Q    So you've been -- let's get dates.

13             When did you start working at E&B?

14        A    Um, it was sometime in August 2012.

15        Q    So let me back up for a second.                   10:09

16             So your first job out of high school was Damco?

17        A    It was actually Securitas.  I worked for Damco.

18        Q    Okay.  And how long were you at Damco?

19        A    Four months maybe.

20        Q    And why did you leave that job?                   10:10

21        A    Got fired.

22        Q    You got fired?

23             Why did you get fired?

24        A    Sleeping on the job.

25        Q    So you're there four months, you got fired.  And  10:10
```

Exhibit A
Davidson_18

MICHAEL TURCIOS - 3/1/2013

```
 1    then you went to E&B?

 2         A    Right.

 3         Q    And then they were blaming you for all this

 4    stuff --

 5         A    Right.                                           10:10

 6         Q    -- and you didn't want to stay there any longer,

 7    right?

 8         A    Right.

 9         Q    So you left that job.

10         A    Right.                                           10:10

11         Q    And so you were there for six months.

12              And those are the equivalent of the two jobs

13    you've had since high school?

14         A    Yeah.  Yeah.

15         Q    So you're unemployed right now?                  10:10

16         A    Yes.

17         Q    Are you looking for a job?

18         A    Yes.

19         Q    What kind of job are you looking for?

20         A    Scaffolding.  It's in the oil refineries.        10:10

21         Q    What is that?

22         A    I'm not sure yet what they do, so...  I have to,

23    you know, talk to people first.

24         Q    How did you come in contact with the lawyers

25    that represent you today?                                  10:11
```

Exhibit A
Davidson_19

MICHAEL TURCIOS - 3/1/2013

Page 16

| | | |
|---|---|---|
| 1 | A | Um, through Elaine. |
| 2 | Q | Elaine? |
| 3 | A | Uh-huh. |
| 4 | Q | Elaine? |
| 5 | | What's Elaine's last name? |
| 6 | A | Cruz. |
| 7 | Q | And who is Elaine Cruz? |
| 8 | A | She's works for Ridout + Lyon. |
| 9 | Q | She works for Ridout? |
| 10 | | And how do you know Elaine? |
| 11 | A | Her daughter's my girlfriend. |
| 12 | Q | And Elaine Cruz works for Ridout, the law firm |
| 13 | | that represents you today? |
| 14 | A | Right. |
| 15 | Q | And what's your girlfriend's name? |
| 16 | A | Marissa. |
| 17 | Q | Marissa Cruz? |
| 18 | A | Acedo. |
| 19 | Q | And where does Maria [sic] live? |
| 20 | A | Marissa. |
| 21 | Q | I apologize.  Marissa.  Sorry. |
| 22 | A | She lives in Lakewood. |
| 23 | Q | Do you know the address? |
| 24 | A | I'm not sure of the address. |
| 25 | Q | You don't know the address of your girlfriend's |

10:11 (line 5)
10:11 (line 10)
10:11 (line 15)
10:12 (line 20)
10:12 (line 25)

Exhibit A
Davidson_20

MICHAEL TURCIOS – 3/1/2013

Page 17

```
 1    house?

 2         A    Yeah, I don't remember it.

 3         Q    What about Elaine Cruz?  Do you know where

 4    Elaine Cruz lives?

 5         A    Same residence.  I don't know where it is.     10:12

 6         Q    In Lakewood?

 7         A    Yeah.

 8         Q    How long have you known Marissa?

 9         A    Six years.

10         Q    Six years?                                      10:12

11         A    Yeah.

12         Q    And you've known Elaine Cruz for that time?

13         A    Yes.

14         Q    So Elaine Cruz directed you to the law firm that

15    represents you today; is that what you said?             10:12

16         A    Yes.

17         Q    And so -- and how did that come about?

18         A    I don't recall.

19         Q    So you talked to Elaine Cruz about this case,

20    right?                                                   10:12

21         A    Yes.

22         Q    And what was the conversation?

23         A    Between me and Elaine?

24         Q    Yeah.

25         A    It wasn't actually between me and Elaine.  She  10:12
```

Exhibit A
Davidson_21

MICHAEL TURCIOS - 3/1/2013

1    was talking to Marissa one day about the case.

2         Q    She was.

3         A    Yes.

4         Q    Do you know what Elaine Cruz's position is at

5    Ridout?                                                        10:13

6         A    I'm not sure.

7         Q    So did you talk to Marissa about the case?

8         A    No, I didn't speak to Marissa about the case.

9         Q    So how did you come in contact with Elaine and

10   talk about the case?                                           10:13

11        A    They were talking about the case one day, and I

12   happened to be there.  And I overheard the conversation

13   they were having with the Carmex case.  And I told them I

14   had purchased it in the past.

15        Q    What were they saying about the case that you        10:13

16   were there and overheard the conversation about?

17        A    I don't recall.  I just know it was about the

18   case.

19        Q    They were talking about it?

20        A    Yes.                                                 10:13

21        Q    Were they talking about any particular product?

22        A    Any particular product?

23        Q    Well, you said Carmex, and I'm just wondering

24   what -- trying to get the specifics, as best I can, on

25   what the conversation was about when you said it was           10:13

Exhibit A
Davidson_22

1    about Carmex.

2          And so was it about a particular product from

3    Carmex, or...

4       A   No.  It was just mainly about -- you know what,

5    I'm not sure.                                          10:14

6       Q   So you overheard this conversation.

7       A   Yes.  Yes.

8       Q   And then so did you join in in the conversation?

9       A   Yes.  And I told them I had purchased Carmex

10   before, and I heard about what they were doing, or     10:14

11   whatever, and about the bottom of the jars.  And she told

12   me contact Caleb.

13      Q   So what was being discussed about the bottom of

14   the jars?

15      A   How they were ripping people off.               10:14

16      Q   So you joined in in the conversation.  What did

17   you add?

18      A   That I purchased Carmex before, quite a few

19   times.

20      Q   And then Elaine said, Hey, why don't you get in  10:14

21   contact with the law firm I work at?  Is that how it

22   went?

23      A   Yeah.

24      Q   And what was the date, as best you can

25   recollect, of this initial conversation with Elaine and  10:14

Exhibit A
Davidson_23

MICHAEL TURCIOS – 3/1/2013

```
 1    her daughter?

 2         A   I don't remember the date.

 3         Q   Well, what year was it?

 4         A   2013, 2012.

 5         Q   So was it at the end of 2012, or...          10:15

 6         A   I'm not sure.

 7         Q   Do you know what month it was?  Was it winter or

 8    summer?

 9         A   No, I don't remember.

10         Q   You don't?                                   10:15

11         A   No.

12         Q   And I apologize, I did ask this, and I don't

13    remember if I got an answer, what Elaine Cruz's position

14    is at the law firm.

15         A   I told you the answer.  I said I don't remember. 10:15

16         Q   You don't remember?

17         A   No.

18         Q   And does Marissa have a job?

19         A   Yes.

20         Q   Where does Marissa work?                     10:15

21         A   With Ridout + Lyon.

22         Q   Do you know what her position is?

23         A   No, I'm not sure.

24         Q   Do you know what she generally does for the law

25    firm?                                                 10:15
```

Exhibit A
Davidson_24

1        A    No.  I never bothered to ask.

2        Q    Do you know how long she's been working for the

3    law firm?

4        A    About two years, I'd say.

5        Q    So you had this initial conversation with Elaine        10:16

6    Cruz and Marissa Cruz –– or Marissa, I forget, you said

7    the last name, but...

8             Did you have any subsequent conversations with

9    them about Carmex?

10       A    No.  It was just that I purchased Carmex in the        10:16

11   past.  That's about it.  And...

12       Q    So did you get in contact with attorneys at the

13   law firm that Marissa referred you to?

14       A    Well, they said I was class rep, or whatever,

15   and that's about it.                                            10:16

16       Q    Did you call them or did they call you?

17       A    I never called.

18       Q    So how did you become class rep of a lawsuit if

19   you never called in?

20       A    I don't recall.                                        10:17

21       Q    Well, you're a named plaintiff in a class-action

22   lawsuit, and you don't know how you became a plaintiff in

23   a class-action lawsuit you're bringing?

24       A    I wasn't sure how I became class rep.

25       Q    So let's step back for a second.                       10:17

Exhibit A
Davidson_25

MICHAEL TURCIOS – 3/1/2013

```
 1              You had this initial conversation with Marissa

 2     Cruz and her daughter, and they said, Hey, you should get

 3     in contact with the law firm that we work for.  Right?

 4          A   Right.

 5          Q   And so did you get in contact with the law firm   10:17

 6     that they directed you to in any way?

 7          A   Could I take a break real quick?

 8          Q   Yeah, sure.

 9              MR. MARKER:  You should probably answer the

10     question before we take a break.                          10:17

11              THE WITNESS:  I said I'm not sure.

12     BY MS. DAVIDSON:

13          Q   Right.

14              Just so we stay on this kind of line of

15     questioning, did you ever have any --                     10:17

16              MS. DAVIDSON:  Yeah.

17              MR. MARKER:  No.

18     BY MS. DAVIDSON:

19          Q   Did you ever have any -- prior to filing this

20     lawsuit, did you ever have any phone conversations with   10:18

21     any lawyer at the firm that represents you today?

22          A   No.

23          Q   Never.

24          A   No.

25          Q   Did you ever meet in person with any of the      10:18
```

Exhibit A
Davidson_26

MICHAEL TURCIOS – 3/1/2013

1      lawyers that work for the law firm that represents you

2      today?

3          A    Yes.

4          Q    When was that meeting or meetings?

5          A    A couple days ago.                              10:18

6          Q    That's the first time you ever met with these

7      lawyers?

8          A    Yes.

9          Q    And did you have any written correspondence with

10     these lawyers at any time prior to filing the lawsuit?   10:18

11         A    Written correspondence?

12         Q    Yeah.  Any sort of e-mail, written

13     correspondence, other than verbal correspondence with the

14     lawyers.

15         A    No.                                             10:18

16         Q    None.

17         A    No.

18         Q    So you agreed to be the plaintiff in a

19     class-action lawsuit that you filed, today, correct?

20         A    Yes.                                            10:18

21         Q    And you didn't communicate with any lawyers

22     beforehand?

23         A    No.

24         Q    Did you ever look at the complaint that was

25     filed on your behalf?                                    10:19

Exhibit A
Davidson_27

MICHAEL TURCIOS – 3/1/2013

Page 24

1      A    Yes.

2      Q    When was that?

3      A    A couple days ago.

4      Q    That was the first time?

5      A    Yeah.                                          10:19

6      Q    Do you want to take a break?

7      A    Yeah.

8      Q    Okay.

9           THE VIDEOGRAPHER:  Going off the record.  The

10    time is 10:19 a.m.                                  10:19

11          (Recess taken.)

12          THE VIDEOGRAPHER:  Back on the record.  The time

13    is 10:30 a.m.

14    BY MS. DAVIDSON:

15     Q    Can you spell Marissa's last name, please.     10:30

16     A    A-c-e-d-o.  D-o.

17     Q    Are you aware of whether you've entered into any

18    written agreement with the attorneys who represent you in

19    this matter?

20     A    Yes.                                            10:31

21     Q    You have.

22     A    Yeah.

23     Q    What written agreement is that?

24          MR. MARKER:  Object to the extent it calls for

25    attorney-client privilege, but I'll allow you to answer.  10:31

Exhibit A
Davidson_28

MICHAEL TURCIOS - 3/1/2013

1      So you can respond.

2             THE WITNESS:  Retainer agreement.

3      BY MS. DAVIDSON:

4         Q    And do you know when you entered into this

5      retainer agreement?                                        10:31

6         A    August -- August 8th.

7         Q    And did you sign this agreement?

8         A    Yes.

9         Q    And how did you get the agreement?

10        A    Through the mail.                                  10:31

11        Q    And then you signed it August 8th; is that

12     right?  About that time?

13        A    Around there.  Around there.

14        Q    And then you sent it back to --

15             MR. MARKER:  If you're not sure of the exact       10:32

16     date, don't commit to it.  Okay?

17             THE WITNESS:  All right.

18             MR. MARKER:  Don't guess.

19     BY MS. DAVIDSON:

20        Q    Yeah, I just want your best date.  I don't want    10:32

21     you to guess, but if you have a date in mind, then -- I

22     want your best --

23             MR. MARKER:  It's okay to qualify.

24     BY MS. DAVIDSON:

25        Q    -- best estimate.                                  10:32

Exhibit A
Davidson_29

MICHAEL TURCIOS - 3/1/2013

Page 26

```
 1            MS. DAVIDSON:  Hold on, we're talking over each

 2    other.  Let's proceed.

 3        Q   So August 8th is when I think you said you

 4    received the agreement --

 5        A   Right.                                             10:32

 6        Q   -- around there.

 7            And then you signed it around that time; is that

 8    right?

 9        A   I'm not sure.

10        Q   So you sent the retainer agreement back to the   10:32

11    law firm that represents you today, right?

12        A   Right.

13        Q   And did you read the retainer agreement?

14        A   Yes.

15        Q   And did it have any provisions about how your    10:32

16    attorneys will get paid in this matter?

17        A   I'm not sure.

18            MR. MARKER:  Object to the extent it calls for

19    anything attorney-client privilege.

20    BY MS. DAVIDSON:                                          10:33

21        Q   Did the retainer agreement, if you remember,

22    have any terms about how you will get paid in this

23    matter, if any terms?

24        A   No, not that I recall.  I don't -- I can't

25    remember what it says.                                    10:33
```

Exhibit A
Davidson_30

MICHAEL TURCIOS – 3/1/2013

Page 27

```
 1        Q    Are you being compensated in this matter in any
 2    respect?
 3        A    What does that mean?
 4        Q    Are you being paid any amount of money to be
 5    involved in this case?                                        10:33
 6        A    No.
 7        Q    Have you ever submitted any expenses or bills to
 8    the law firm that represents you in this matter?
 9        A    Submitted what?
10        Q    Any expenses, bills, invoices for payment to the    10:33
11    law firm that represents you in this matter.
12        A    No.
13        Q    Other than the attorneys who represent you
14    today, have you ever been in contact with any other law
15    firms or attorneys regarding the Carmex matter?              10:34
16        A    Yes.
17        Q    You have.
18             What attorneys are those?
19        A    What's -- like who or...
20        Q    Yeah.                                                10:34
21             MR. MARKER:  I think you're asking have you been
22    in contact with any attorneys outside of the law firm
23    representing him; is that correct?
24             MS. DAVIDSON:  Yeah.
25             MR. MARKER:  Okay.                                   10:34
```

Exhibit A
Davidson_31

MICHAEL TURCIOS - 3/1/2013

1    BY MS. DAVIDSON:

2         Q    And I thought your answer was yes.

3         A    Yeah.

4         Q    And what attorneys did you talk to, besides the

5    law firm attorneys that represent you in this matter?          10:34

6         A    Oh, no, I -- you mean people who work for --

7         Q    Let me try to --

8         A    Yeah, I don't get what you're asking.

9              MR. MARKER:  A lawyer I don't work with.

10             MS. DAVIDSON:  Let me clarify this, okay?            10:34

11   Instead of having conversations between yourselves.

12        Q    My question was that, other than the attorneys

13   in the law firm that represent you in this matter, have

14   you ever spoken to any other attorneys --

15        A    Oh, no, no.                                          10:34

16        Q    -- outside?

17             You have not.

18        A    No.

19        Q    Have you ever been charged with a crime before?

20        A    No.                                                  10:35

21        Q    You mentioned that the first time you met with

22   your attorneys was three days ago, correct?

23        A    Yeah, but that's not true.  I actually met with

24   Caleb -- I've seen Caleb and spoken to him at, like,

25   office parties that they had.                                  10:35

MICHAEL TURCIOS – 3/1/2013

Page 29

```
 1        Q    You've been to Ridout office parties?

 2        A    Not office parties.  Yeah, office parties, but

 3   like in a different place, like a restaurant or something

 4   like that.

 5        Q    You've talked to Caleb at a restaurant before?      10:35

 6        A    Well, yeah, a party that they had.

 7        Q    What party was that?

 8        A    I think it was a Christmas party.

 9        Q    Which Christmas?  What year?

10        A    This Christmas that just passed.                    10:35

11        Q    Past Christmas?

12        A    Yeah.

13        Q    What did you guys talk about?

14        A    We didn't talk about nothing that has to do with

15   this.  Just what's up, like that.                            10:36

16        Q    And had you met Caleb before the Christmas party

17   before?

18        A    Have I met him, like, before that?

19        Q    Yeah.

20        A    Yeah, I met him before.                             10:36

21        Q    In what capacity?

22        A    In what capacity?

23        Q    Yeah.

24        A    What does that mean?

25        Q    So prior to the Christmas party, you've met with   10:36
```

Exhibit A
Davidson_33

MICHAEL TURCIOS – 3/1/2013

Page 30

 1    Caleb, and I'm just trying to get the specifics on what

 2    that meeting was.

 3         A    Yeah, I'm not sure, but I've seen him other

 4    places.

 5         Q    And is that because of your relationship with      10:36

 6    Marissa?

 7         A    I guess, yeah.

 8         Q    Where else have you seen Caleb, besides the

 9    Christmas party?

10         A    I'm not sure.  I've seen him somewhere.          10:36

11         Q    Have you spoken with any other attorneys,

12    besides Caleb, at the Ridout law firm?

13         A    No.

14         Q    When is the first time that you purchased the

15    Carmex .25-ounce jar?                                      10:37

16         A    The first time?

17         Q    Yes.

18         A    I can't remember.  I bought many of them.  I

19    can't remember the first time I bought one.

20         Q    You don't know what year you bought, first       10:37

21    purchased the .25-ounce jar?

22         A    Probably '06, '07.

23         Q    So '06 is the earliest date you can remember?

24         A    The earliest date?

25         Q    Yeah.                                            10:37

Exhibit A
Davidson_34

MICHAEL TURCIOS – 3/1/2013

Page 31

```
 1        A   I bought them all throughout high school, so I
 2   mean...
 3        Q   So what --
 4        A   You asked me what was the first time that I
 5   purchased Carmex.                                            10:38
 6        Q   Yeah.
 7        A   Yeah, that was the date, or the year, around
 8   '06, '07.
 9        Q   What years did you go to high school?
10        A   Through 2010.                                       10:38
11        Q   So 2007 through 2010, or...
12        A   Yeah.  Yeah.  Yeah.
13        Q   So the first time you remember buying the
14   .25-ounce jar was in 2006, is that what you're saying?
15        A   That's the first time?                              10:38
16        Q   The first time, yes.
17        A   Yeah, I guess it was around there.
18        Q   And was the jar that you purchased, this
19   .25-ounce jar that you purchased, was it sold as a
20   freestanding container or was it packaged in other           10:38
21   packaging?
22        A   I can't remember.
23        Q   How much did you pay for it when you first
24   purchased it in 2006?
25        A   I can't remember.                                   10:39
```

Exhibit A
Davidson_35

MICHAEL TURCIOS – 3/1/2013

Page 32

```
 1       Q    Did you keep a receipt?

 2       A    No.  Paid cash.

 3       Q    You paid cash?

 4       A    Yeah.

 5       Q    Did you ever keep the .25-ounce container you     10:39

 6    bought for the first time?

 7       A    No.

 8       Q    Do you have any .25-ounce containers that you

 9    bought?  Have you retained any?

10       A    No.                                               10:39

11       Q    What did you do with the first .25 container you

12    purchased?

13       A    Threw them away, like the other ones.

14       Q    So prior to your first purchase of the .25-ounce

15    Carmex jars, had you ever heard of Carmex before?        10:39

16       A    Of course.

17       Q    When you say "of course," why do you say that?

18       A    Who hasn't heard of Carmex?

19       Q    When is the first time you heard of Carmex?

20       A    I don't know.                                     10:39

21       Q    Before you purchased it for the first time in

22    2006, you've heard of the product before, right?

23       A    Yeah.

24       Q    And had you heard anything about the company

25    that made the product that you purchased?                10:40
```

Exhibit A
Davidson_36

MICHAEL TURCIOS – 3/1/2013

Page 33

```
 1          A    No.

 2          Q    And how did you come to know the product Carmex

 3     before you purchased it?

 4          A    I'm not sure.

 5          Q    You just heard of Carmex before?                    10:40

 6          A    Well, yeah.  I don't remember when was the first

 7     time somebody told me about Carmex.

 8          Q    Do you remember what the conversation was about?

 9          A    No.

10          Q    Somebody told you about Carmex, and then you        10:40

11     went to go purchase it for the first time; is that what

12     you're saying?

13          A    Yeah, something like that.

14          Q    So when you first purchased the Carmex .25-ounce

15     jar, what did the jar look like?                              10:41

16          A    Like the ones that look like now, same thing.

17     Like a little plastic coating on the bottom of the jar.

18          Q    Well, let's flesh this out a bit.

19               So do you remember what material the jar was

20     made out of?                                                  10:41

21          A    Plastic, with a metal cap.

22          Q    What color was the jar?

23          A    Yellow.

24          Q    All yellow?

25          A    Yellow and white, red letters.                      10:41
```

Exhibit A
Davidson_37

MICHAEL TURCIOS - 3/1/2013

Page 34

```
 1        Q    Do you know how big the jar was?

 2        A    It was a standard size jar.

 3        Q    When you say "standard size," what do you mean?

 4        A    Regular little jar.

 5        Q    And what did the bottom of the jar look like        10:41

 6   when you first purchased it, the .25-ounce jar?

 7        A    It had a little indent on the bottom of it, with

 8   a sticker over it.

 9        Q    So when you first purchased the .25-ounce jar,

10   you noticed it had a sticker on the bottom of it?           10:42

11        A    Yeah.

12        Q    At the point you purchased it, you saw the

13   sticker?

14        A    No, not until, like, later on.

15        Q    You didn't look at the bottom of the jar when      10:42

16   you first were purchasing it, before you purchased it?

17        A    No.

18        Q    So you looked at the bottom of the jar later on?

19   How much later on?

20        A    I'm not sure.                                      10:42

21        Q    So when you looked at the bottom of the jar

22   later on, what did the bottom of the jar look like?

23        A    It had a little indent on the bottom of it.

24        Q    Did you remove the sticker?

25        A    No.                                                10:42
```

Exhibit A
Davidson_38

MICHAEL TURCIOS - 3/1/2013

1        Q   So just to get this straight, the first

2    purchase, it had -- when you first bought it had a

3    sticker on the bottom, correct?

4        A   Uh-huh.

5        Q   "Yes"?                                        10:42

6        A   Yes.

7        Q   And you never removed the sticker.

8        A   No.

9        Q   Do you know what the sticker looked like?

10       A   No, I'm not sure.                             10:42

11       Q   So prior to purchasing the .25-ounce jar for

12   your first time, did you inspect the jar?

13       A   No.

14       Q   You just picked it up and purchased it?

15       A   Yeah.                                         10:43

16       Q   Did you notice, before you purchased it, whether

17   it had any written information on the jar?

18       A   I can't remember.

19       Q   You don't remember reading any product --

20       A   No.                                           10:43

21       Q   Let me finish, just so we have a clear record.

22       A   Oh, sorry.

23       Q   You don't remember when you first purchased the

24   .25-ounce jar whether it had any written information on

25   it, right?                                            10:43

MICHAEL TURCIOS - 3/1/2013

```
 1       A    Right.  I just picked it up and bought it.

 2       Q    So you didn't read any information on the jar

 3    when you first bought it?

 4       A    No.

 5       Q    So prior to purchasing, you didn't look to see      10:43

 6    whether it identified any weight or amount information on

 7    the jar?

 8       A    No.

 9       Q    Did you do anything prior to purchasing your

10    first .25-ounce Carmex jar to determine how much product   10:44

11    was contained in the jar?

12       A    When I first purchased it?

13       Q    Yes.

14       A    No.  I just bought it, like I said.

15       Q    So after you purchased your .25-ounce jar for      10:44

16    the first time, did you ever look to see whether there

17    was any information on the jar?

18       A    No.

19       Q    You never read anything on the jar at any point

20    is what you're saying, correct?                            10:44

21       A    No.  I just know it was ChapStick -- or lip

22    balm.

23       Q    Is there a reason why you didn't read any of the

24    product information on the jar?

25       A    All I needed really to know is that it was lip     10:44
```

MICHAEL TURCIOS - 3/1/2013

Page 37

```
 1    balm.
 2         Q    When you first purchased your .25-ounce jar in
 3    around 2006, how much product did you think you were
 4    getting in the jar?
 5         A    How much?                                        10:45
 6         Q    Yeah.
 7         A    Less than I thought I was going to get.
 8         Q    When you first purchased it, you thought you
 9    were getting less?
10         A    Well, yeah.                                      10:45
11         Q    Why do you say that?
12         A    Because it got empty, like, quick.
13         Q    I'm sorry, I didn't catch that.
14         A    It got empty quick.  It didn't last that long.
15         Q    Let's back up to my question.                    10:45
16              Before you bought the .25-ounce jar for the
17    first time, my question was:  How much product did you
18    think you were getting in the jar at your initial
19    purchase?
20         A    Like, I expected more, put it like that.         10:46
21         Q    At the time of purchase you expected more?
22         A    Well, it just -- it got empty quick.
23         Q    Yeah, but how is it getting empty quick?
24         A    It didn't last long.  The Carmex didn't last
25    long.                                                      10:46
```

Exhibit A
Davidson_41

MICHAEL TURCIOS - 3/1/2013

```
 1        Q    Yeah, but my question is more specific.

 2             I'm asking you, when you first purchased it,

 3   before making the purchasing decision, did you have some

 4   expectation as to how much product --

 5        A    No.                                               10:46

 6        Q    -- - let me finish - -- how much product you

 7   were getting?

 8        A    No.

 9        Q    At the time you purchased the jar, before you

10   bought it, did you have any expectation on how thick the   10:46

11   jar was?

12        A    The first time?

13        Q    Yeah.

14        A    No.

15        Q    Did you make any observations, the first time    10:47

16   you purchased the jar, about how much it contained or how

17   the jar was packaged?

18        A    No.

19        Q    You just bought it.

20        A    I just bought it.                                 10:47

21        Q    When you first bought the jar in 2006, how was

22   it displayed in the store?

23        A    I'm not sure.  I just picked it up.

24        Q    You don't remember whether it was next to any

25   particular products or anything like that?                 10:47
```

Exhibit A
Davidson_42

MICHAEL TURCIOS - 3/1/2013

```
 1        A    No.

 2        Q    You can't tell me whether it was being sold next

 3   to other lip balm products?

 4        A    I don't remember.

 5        Q    When you went to go pick it up for the first          10:47

 6   time, did you compare it with any other product?

 7        A    No.

 8        Q    Why not?

 9        A    Who does that?  Just pick it up and go.

10        Q    So you just picked it up and purchased it --         10:48

11        A    Paid for it.

12        Q    -- didn't even look at it.

13        A    No.

14        Q    Am I right?

15        A    Yeah.                                                 10:48

16        Q    Prior to your purchasing Carmex in the .25-ounce

17   jar for the first time, did you ever use any other lip

18   balm products?

19        A    No.

20        Q    So the first time you purchased Carmex was the       10:48

21   first time you bought a lip balm product?

22        A    Yeah.

23        Q    And that was in 2006.

24        A    Yeah.

25        Q    Why did you buy Carmex for the first time?           10:49
```

MICHAEL TURCIOS - 3/1/2013

 1         A    Because it was good.

 2         Q    When you say --

 3         A    It worked good.

 4         Q    When you say it works good, how did you know

 5    that?                                                    10:49

 6         A    Excuse me.  What was that?

 7         Q    So when you bought it for the first time in

 8    2006 - and I'm talking about the .25-ounce jar - my

 9    question was:  Well, why did you buy it for the first

10    time?                                                    10:49

11         A    I've seen other people use it.

12         Q    And did you hear that it was a good product?

13         A    Yeah.

14         Q    And so when you went to buy it for the first

15    time, that was the reason you bought it, because you     10:49

16    thought it was a good product?

17         A    Yeah.

18         Q    Any other reason?

19         A    No.

20         Q    Where did you hear it was a good product?      10:49

21         A    I'm not sure.  I don't remember.

22         Q    And then after you bought the .25-ounce jar for

23    the first time, did you use the product?

24         A    Did I use it?

25         Q    Yeah.                                          10:50

Exhibit A
Davidson_44

MICHAEL TURCIOS - 3/1/2013

```
 1        A    Yeah.

 2        Q    And how soon after purchasing it did you use it?

 3        A    Right when I bought it.

 4        Q    And how did you use it?

 5        A    Like everybody else does.                    10:50

 6        Q    How is that?

 7        A    Rub your finger and put it on your lips.

 8        Q    And how frequently did you use the product?  And

 9    I'm talking about your first purchase of the .25-ounce

10    jar.  How frequently did you use it?                  10:50

11        A    I'm not sure.

12        Q    Well, do you know how much typically you put on

13    your lips?

14        A    No.

15        Q    Where did you keep the product when you first   10:50

16    bought it?

17        A    In my backpack.

18        Q    Anywhere else?

19        A    No.

20        Q    Did you take it with you all the time?        10:51

21        A    Yeah.

22        Q    And at any point after first purchase of the

23    .25-ounce jar, did you examine the jar?

24        A    Can you repeat that.

25        Q    Sure.                                         10:51
```

Exhibit A
Davidson_45

MICHAEL TURCIOS - 3/1/2013

Page 42

```
 1              After you purchased the .25-ounce jar for your

 2    first time, did you ever examine the jar?

 3         A   No.

 4         Q   How much product in your first .25-ounce jar did

 5    you use?                                                    10:51

 6         A   I'm not sure.

 7         Q   Did you use the full amount?

 8         A   The full amount?

 9         Q   Yeah, in the jar.

10         A   You mean like everything at once?               10:51

11         Q   No.

12             Did you eventually use the full amount?

13         A   Oh, yeah.

14         Q   You used it all.

15         A   Yeah, I used it all.                            10:51

16         Q   Like every last part.

17         A   Well, yeah.

18         Q   How long did it last?

19         A   I'm not sure.  I know it wasn't that long.

20         Q   When you say it wasn't that long, do you have a  10:52

21    best time frame?

22         A   No.

23         Q   You don't know how long it took you to finish

24    the product --

25         A   No.                                             10:52
```

Exhibit A
Davidson_46

MICHAEL TURCIOS - 3/1/2013

Page 43

```
 1        Q    -- is that what you're saying?

 2        A    Yeah.

 3        Q    When you finished the product for the first

 4   time, did you look at the bottom of the jar?

 5        A    No.  I just threw it away.  I didn't think      10:52

 6   anything of it.

 7        Q    So at the time you first purchased your

 8   .25-ounce Carmex jar, and you finished it, did you have

 9   any concerns or complaints about the amount of product

10   you were getting?                                          10:52

11        A    No.  I didn't think anything of it.

12        Q    So you didn't complain to anybody?

13        A    When I first purchased it?

14        Q    That's right.

15        A    No.                                              10:53

16        Q    So when you --

17             MR. MARKER:  Can we take a break in about five

18   minutes?

19             MS. DAVIDSON:  Okay.  Let me just finish this

20   line of questioning.                                       10:53

21        Q    So when you first finished the .25-ounce jar for

22   your first time, were you satisfied with the amount of

23   product that you got?

24        A    I didn't think anything of it.  I just threw it

25   away.                                                      10:53
```

Exhibit A
Davidson_47

MICHAEL TURCIOS - 3/1/2013

1      Q   You had no observation either way.

2      A   No.  I just threw it away.

3      Q   And just to make sure I'm clear.

4          At the time you finished your first .25-ounce

5   Carmex jar, did you have any concerns or complaints about      10:53

6   the packaging or anything?

7      A   No.

8      Q   Did you think you got your money's worth, the

9   first time you bought it --

10     A   I didn't know at the time.                              10:53

11         MR. MARKER:  I'll object to the extent it calls

12   for a legal conclusion, but...

13         MS. DAVIDSON:  Okay.

14     Q   So did you agree that the product was good after

15   you used it for the first time?                               10:54

16     A   Well, I didn't think anything.  I just bought it

17   whenever I needed it.

18     Q   Yeah, but if you continued to buy it, did it

19   suggest --

20     A   Well, yeah, obviously --                                10:54

21     Q   Let me finish.

22         If you continued to buy it, it suggests that you

23   were satisfied with the product; am I correct?

24     A   Well, yeah.  It was my favorite choice of lip

25   balm.                                                         10:54

Exhibit A
Davidson_48

MICHAEL TURCIOS - 3/1/2013

1        Q    You liked it.

2        A    Yeah.

3        Q    You were satisfied with it.

4        A    Yes.

5             MS. DAVIDSON:  Okay.  Do you want to take a          10:54

6    break?

7             MR. MARKER:  Yeah.

8             THE VIDEOGRAPHER:  Going off the record.  The

9    time is 10:54 a.m.

10            (Recess taken.)                                       10:54

11            THE VIDEOGRAPHER:  Back on the record.  The time

12    is 11:11 a.m.

13    BY MS. DAVIDSON:

14       Q    Before the break, we were talking about your

15    first purchase of the .25-ounce Carmex jar.               11:11

16       A    Right.

17       Q    And you mentioned the first purchase was in

18    2006, about, correct?

19       A    Yes.

20       Q    So after your first purchase of the .25-ounce    11:11

21    Carmex jar, did you buy it again?

22       A    Yes.

23       Q    And when was that?

24       A    I'm not sure.

25       Q    So after your purchase -- just to put this in    11:11

Exhibit A
Davidson_49

MICHAEL TURCIOS – 3/1/2013

1    context.

2         So after your first purchase, you used the first

3    jar, then you bought the second jar.

4         Do you know what the time elapse is between the

5    first purchase of the Carmex .25-ounce jar and the second    11:12

6    one, about?

7         A    I'm not sure.

8         Q    Was your second purchase also in 2006?

9         A    I don't know.

10        Q    Do you have any recollection of what month it    11:12

11   might have been?

12        A    No, I'm not sure.

13        Q    Are there any particular months that you would

14   buy the product in versus other months?

15        A    I'm not sure.    11:12

16        Q    So am I correct, though, that you did buy it

17   again sometime after your first purchase in 2006, right?

18        A    Yes.

19        Q    And when you bought it for the second time, why

20   did you buy it?    11:12

21        A    Because I ran out.

22        Q    You liked it enough to buy it again, right?

23        A    Yes.

24        Q    And just to go back – I'm sorry, I didn't ask

25   you – when you first purchased the .25-ounce Carmex jar    11:13

Exhibit A

Davidson_50

MICHAEL TURCIOS – 3/1/2013

Page 47

```
 1    in 2006, where did you buy it?

 2         A   At Walgreens.

 3         Q   What's the location, address?

 4         A   Willow Street, in Long Beach.

 5         Q   And to back up, how much did you pay for it, the   11:13

 6    first time?

 7         A   I don't know.

 8         Q   You don't remember?

 9         A   I don't know.

10         Q   So the second time you bought it, where did you   11:13

11    buy it at?

12         A   At Walgreens.

13         Q   Do you know how much you paid for it the second

14    time you purchased it?

15         A   I'm not sure.                                      11:14

16         Q   And you purchased it, I understood your

17    testimony, because you ran out the second time, right?

18         A   Correct.

19         Q   Any other reasons?

20         A   No.                                                11:14

21         Q   Am I correct that the first purchase you made in

22    2006 of the .25-ounce jar, you only bought one of them?

23         A   Just one that day.

24         Q   That one unit, yeah.

25         A   Yes.                                               11:14
```

Exhibit A
Davidson_51

MICHAEL TURCIOS - 3/1/2013

Page 48

```
 1        Q    And then when you bought it the second time, did
 2    you buy just one?
 3        A    Yes.
 4        Q    The second time you bought it, was it sold as a
 5    freestanding jar or was it in other packaging?              11:14
 6        A    I don't remember.
 7        Q    The second time you bought it, before you
 8    purchased the .25-ounce jar, did you inspect the product?
 9        A    No.
10        Q    Is it true that you just picked it up and went   11:15
11    to the cash register and bought it and didn't think
12    twice?
13        A    I don't remember.
14        Q    You don't remember whether you looked at the jar
15    or not?                                                    11:15
16        A    I don't remember.
17        Q    Do you remember if you read any of the product
18    information on the jar prior to purchasing it your second
19    time?
20        A    I don't remember.                                 11:15
21        Q    Do you remember after you purchased the jar for
22    the second time, whether you read any of the product
23    information on the jar?
24        A    No.
25        Q    Do you remember after you bought it the second   11:15
```

Exhibit A
Davidson_52

MICHAEL TURCIOS – 3/1/2013

Page 49

```
 1    time, whether you inspected the jar in any respect?

 2         A    Hmmm?  What was that?

 3         Q    Do you remember after you bought the .25-ounce

 4    jar for the second time, did you examine the jar?

 5         A    No.                                              11:16

 6         Q    After you bought your .25-ounce jar for the

 7    second time, did you use it, the product?

 8         A    Yes.

 9         Q    And did you use all of the product in the jar?

10         A    Yes.                                             11:16

11         Q    You got all the way down to the bottom of the

12    jar, correct?

13         A    Yes.

14         Q    When you got down to the bottom of the jar, did

15    you have any concerns or complaints?                       11:16

16         A    No.

17         Q    Were you satisfied with the amount you got for

18    the price you paid at that point?

19         A    I didn't think of it.

20         Q    You didn't think twice about it?                 11:16

21         A    I just threw it away.

22         Q    Used it, threw it out, right?

23         A    (No audible response.)

24              THE REPORTER:  "Right"?

25              THE WITNESS:  Right.                              11:16
```

Exhibit A
Davidson_53

MICHAEL TURCIOS – 3/1/2013

1    BY MS. DAVIDSON:

2        Q    That's a "yes," right?

3        A    Hmmm.  Yes.

4        Q    And then the second time you purchased it, did

5    you notice what the bottom of the jar looked like before    11:17

6    you purchased it?

7        A    I don't remember.

8        Q    Do you remember after you purchased it for the

9    second time, whether you -- do you recall what the bottom

10   looked like, of the jar?    11:17

11       A    I don't remember.

12       Q    Do you recall anything about the jar after you

13   bought it twice?

14       A    It was Carmex.

15       Q    Am I correct, sir, that at the second time you    11:17

16   purchased the jar, you finished it, you had no questions

17   about -- or concerns about the amount of product you were

18   receiving for the price you were paying, correct?

19       A    Yeah.

20       Q    "Yes"?    11:17

21       A    I didn't think of it.

22       Q    So I take it you didn't complain to anybody,

23   right?

24       A    No.

25       Q    And did you use the second jar just like you    11:17

Exhibit A
Davidson_54

MICHAEL TURCIOS - 3/1/2013

Page 51

1    used the first jar, applied it to your lips?

2         A    Yes.

3         Q    You don't remember how long it took you to

4    finish the second jar, or do you?

5         A    I don't remember.                                    11:18

6         Q    Did you buy your second jar with cash?

7         A    I don't remember.

8         Q    Did you keep a receipt?

9         A    I don't know.

10        Q    Well, do you have a receipt today?                   11:18

11        A    No.

12        Q    You don't have the jar today, right?

13        A    No.

14        Q    That's true of the first jar, right?

15        A    What?                                                11:18

16        Q    That's true of the first jar also?

17        A    All of this that you just said?

18        Q    Yeah, first and second jar.

19        A    Yes.

20        Q    After you finished your second jar of Carmex,        11:18

21   the .25 ounce in your second purchase, did you buy it

22   again?

23        A    Yes.

24        Q    Do you know when that was you bought your third

25   jar?                                                           11:19

Exhibit A
Davidson_55

MICHAEL TURCIOS – 3/1/2013

```
 1          A    I don't remember.

 2          Q    Could it have been in the same year?

 3          A    I don't know.

 4          Q    Could it have been two years later?

 5          A    I don't remember.                          11:19

 6          Q    So you have no recollection as to when you

 7     bought your third jar.

 8          A    No.

 9          Q    When you bought your third jar, where did you

10     buy it?                                              11:19

11          A    At Rite Aid.

12          Q    Where is Rite Aid located?

13          A    Across the street from my high school I went to.

14          Q    So at the time you bought your third jar, you

15     were still in high school?                           11:19

16          A    Yes.

17          Q    When did you graduate from high school, I'm

18     sorry?

19          A    When?

20          Q    Yeah.                                      11:20

21          A    In 2010.

22          Q    So these purchases were prior to 2010?

23          A    Prior?

24          Q    Yeah.

25          A    Yes.                                       11:20
```

Exhibit A
Davidson_56

MICHAEL TURCIOS – 3/1/2013

Page 53

```
 1        Q    So when you bought your third jar, why did you
 2   buy your third jar?
 3        A    I ran out.
 4        Q    I'm sorry, why did you buy your third jar?
 5        A    Why did I buy it?                            11:20
 6        Q    The third jar, yeah.
 7        A    Because I ran out of the second jar.
 8        Q    I take it you didn't keep a receipt of your
 9   third jar either, did you?
10        A    No.                                          11:20
11        Q    Do you know how much you paid for your third
12   jar?
13        A    I don't remember.
14        Q    Do you remember what you paid for the second
15   jar?                                                   11:20
16        A    I don't remember.
17        Q    Then when you bought your third jar, the reason
18   why you bought your third jar is because you ran out,
19   right?
20        A    Yes.                                         11:20
21        Q    Any other reasons?
22        A    No.
23        Q    I take it if you bought it the third time, you
24   liked the product, right?
25        A    Yes.                                         11:21
```

Exhibit A
Davidson_57

MICHAEL TURCIOS - 3/1/2013

```
 1          Q    You liked what you were getting, correct?

 2          A    Correct.

 3          Q    And like the first and second purchase, the

 4    third purchase, do you remember anything about how the

 5    product was displayed in the store?                        11:21

 6          A    I don't remember.

 7          Q    Do you remember whether it was sold next to

 8    other lip balm products?

 9          A    No, I don't remember.

10          Q    And like the third purchase, did you read any of  11:21

11    the information on the jar prior to purchasing it?

12          A    No.

13          Q    What about after you bought your third jar, did

14    you read any information on the jar?

15          A    No.                                              11:21

16          Q    After you bought the jar, did you inspect the

17    jar?

18          A    No.

19          Q    Prior to purchasing the third jar, did you

20    inspect the jar?                                           11:22

21          A    No.

22          Q    Do you know what the bottom of the jar looked

23    like on your third purchase?

24          A    No.

25          Q    And that's true for your second purchase?       11:22
```

Exhibit A
Davidson_58

MICHAEL TURCIOS - 3/1/2013

Page 55

1        A    Yeah.

2        Q    So the time you bought your third jar, did you

3    finish your third jar of Carmex all the way to the bottom

4    of the jar?

5        A    I don't remember.                                    11:22

6        Q    You don't remember if you used all of it or not?

7        A    I'm not sure.

8        Q    Did you have any complaints with the third

9    purchase that you made?

10       A    Not then, no.                                        11:22

11       Q    When you say "not then," what do you mean?

12       A    Well, no, I didn't.

13       Q    And then after you bought your third jar, did

14   you buy a fourth jar?

15       A    I think so.                                          11:23

16       Q    You don't know if you did or you didn't?

17       A    I'm pretty sure I did.

18       Q    And this is prior to 2010?

19       A    When you say "prior," that means before, right?

20       Q    Yeah.                                                11:23

21       A    Yes.

22       Q    So between 2006 and 2010, can you give me an

23   estimate of how many Carmex .25-ounce jars you purchased?

24       A    I don't remember.

25       Q    So it was more than three, right?                   11:24

Exhibit A
Davidson_59

MICHAEL TURCIOS – 3/1/2013

Page 56

```
 1         A   Yes.

 2         Q   Is it more than ten?

 3         A   Yes.

 4         Q   More than 20?

 5         A   No.                                          11:24

 6         Q   So more than 15?

 7         A   Between ten and 15.

 8         Q   Okay.  So from 2006 to 2010, you bought about 15

 9    jars; is that right?

10         A   I don't remember, you know.                  11:24

11         Q   I was just going off your 15.

12         A   Right.

13         Q   Does that seem right, or...

14         A   Yes.

15         Q   Okay.  And out of those 15 purchases that you     11:24

16    bought prior to 2010, did you ever read, prior to

17    purchasing, the information on the jar or packaging?

18         A   No.

19         Q   What about after any of those purchases, did you

20    ever read any of the information on the jar after you     11:24

21    purchased it, prior to 2010?

22         A   No.

23         Q   Prior to 2010, in those 15 purchases that you

24    made of the .25-ounce jar, did you ever inspect the jar?

25         A   No.                                          11:25
```

Exhibit A
Davidson_60

MICHAEL TURCIOS – 3/1/2013

1      Q    Did you ever have any concerns or complaints

2    about the amount of product you were getting for the

3    price you paid for those 15 purchases?

4      A    Not at the time.

5      Q    Okay, not at the time.                              11:25

6           Why do you keep saying "not at the time"?

7      A    I'm answering your question.

8      Q    So at the time you purchased all these 15

9    products before 2010, you were satisfied with what you

10   were getting, correct?                                     11:25

11     A    I didn't think of it.

12     Q    You just used it.

13     A    Just used it.

14     Q    And just like -- I'm trying to streamline things

15   so I don't have to go through every single purchase.       11:25

16          So out of those 15 purchases that you made

17   before 2010, did you ever compare any of Carmex's jars to

18   other products in the market before purchasing?

19     A    No.

20     Q    What were the reasons why you bought the 15 jars   11:26

21   prior to 2010?

22     A    Chapped lips.

23     Q    Anything else?

24     A    No.  I don't remember.

25     Q    The answer is you don't remember.                   11:26

Exhibit A
Davidson_61

MICHAEL TURCIOS - 3/1/2013

Page 58

```
 1        A    Right.
 2        Q    What were the prices you paid for these 15 jars,
 3    do you know, prior to 2010?
 4        A    I don't remember.
 5        Q    And am I right, that you bought it at Walgreens    11:26
 6    and Rite Aid for all these purchases, or are there other
 7    stores that you bought it at?
 8        A    Walgreens and Rite Aid.
 9        Q    And prior to 2010, when you purchased your about
10    15 jars, how much product did you think you were getting?   11:26
11        A    How much product in the jar?
12        Q    Yeah.  If you know.
13        A    I don't.
14        Q    You had no expectation either way?
15        A    No.                                                11:27
16        Q    Okay.
17        A    I don't know.
18        Q    And out of these 15 purchases that you made
19    prior to 2010, am I right that you never examined the
20    bottom of the jar?                                          11:27
21        A    Correct.
22        Q    Correct?
23        A    Correct.
24        Q    And you don't know the price for any of these
25    jars?                                                       11:27
```

Exhibit A
Davidson_62

MICHAEL TURCIOS – 3/1/2013

```
 1          A    I don't remember.

 2          Q    Did price matter to you?

 3          A    I don't know.

 4          Q    When you say you don't know whether price

 5   mattered to you, I'm not entirely sure what that means.      11:27

 6   Did it or did it not?

 7          A    I just paid for it.

 8          Q    You didn't go in to buy Carmex and say, Hey, I'm

 9   looking for something that's in a certain price range?

10          A    No.                                              11:28

11          Q    Would you have bought it if it was $10?

12          A    No.

13          Q    Did you have a price in mind that was

14   reasonable?

15          A    I just paid for it, that's it.                   11:28

16          Q    You put no thought into it?

17          A    No.

18          Q    Did you ever consider -- in those 15 purchase

19   time frames, did you ever consider buying another

20   product?                                                     11:28

21          A    I don't remember.

22          Q    And you have no receipts for any of those 15

23   purchases; am I correct?

24          A    Correct.

25               THE VIDEOGRAPHER:  I'm sorry, can we go off the  11:29
```

Exhibit A
Davidson_63

MICHAEL TURCIOS – 3/1/2013

1    record for a second?

2              MS. DAVIDSON:  Absolutely.

3              THE VIDEOGRAPHER:  I need to move the witness's

4    mic.

5              MS. DAVIDSON:  Okay.                          11:29

6              THE VIDEOGRAPHER:  Going off the record.  The

7    time is 11:29 a.m.

8              (Discussion held off the record.)

9              THE VIDEOGRAPHER:  Back on the record.  The time

10   is still 11:29 a.m.                                    11:29

11   BY MS. DAVIDSON:

12       Q   Back to your 15 purchases of the .25-ounce

13   Carmex jar, do you know if you used all the product

14   contained in those jars?

15       A   I don't remember.                              11:29

16       Q   Well, was it typical for you to finish a jar?

17       A   I don't remember.

18       Q   You don't remember out of any of the 15

19   purchases?

20       A   No.                                            11:30

21       Q   Okay.  So 2010.  This is prior to 2010, we were

22   talking about your purchases.  Now I'm going to talk to

23   you about after 2010.

24              After 2010, did you continue to purchase Carmex

25   in the .25-ounce jar?                                  11:30

Exhibit A
Davidson_64

MICHAEL TURCIOS – 3/1/2013

Page 61

```
 1        A    Yes.

 2        Q    And how frequently did you buy the product?

 3        A    I don't remember.

 4        Q    So let's take 2010.

 5             Do you remember how many Carmex jars you bought    11:30

 6    in 2010?

 7        A    No.

 8        Q    Do you remember the first purchase you made, in

 9    2010, of the Carmex jar?

10        A    No.                                                11:31

11        Q    And just so I make sure I cover this, you don't

12    have any particular month in mind when you bought the

13    Carmex jar?

14        A    No.

15        Q    But you know you bought it after 2010, right?     11:31

16        A    Correct.

17        Q    And when you bought it after 2010, where did you

18    buy it at?

19        A    At the Walgreens.

20        Q    The Walgreens, where is that located?             11:31

21        A    Willow Street.

22        Q    And how much did you pay for it?  If you know.

23        A    I don't know.

24        Q    You don't remember?

25        A    I don't remember.                                 11:32
```

Exhibit A
Davidson_65

MICHAEL TURCIOS – 3/1/2013

```
 1          Q    And am I correct that, like the other 15

 2    purchases, you just picked it up and went to the cash

 3    register and bought it?

 4          A    Yes.

 5          Q    And after 2010, when you bought the .25-ounce      11:32

 6    Carmex jar, did you, before purchasing it, inspect the

 7    jar in any respect?

 8          A    No.

 9          Q    Did you compare it to any other products?

10          A    No.                                                 11:32

11          Q    Do you remember, after 2010, how the .25-ounce

12    jar was displayed in the store?

13          A    No, I don't.

14          Q    Do you remember, after 2010, when you bought the

15    .25-ounce jar, was it in a freestanding jar or was it in   11:33

16    other packaging?

17          A    I'm not sure.

18          Q    So after 2010, were you not sure whether you

19    bought it as a freestanding jar or other packaging at

20    all?                                                          11:33

21          A    I don't remember.

22          Q    So it could have been either?

23          A    I don't remember.

24          Q    Are you aware of any other packaging that Carmex

25    is sold in, other than a freestanding jar?                    11:33
```

Exhibit A
Davidson_66

MICHAEL TURCIOS - 3/1/2013

```
 1        A    When you say "freestanding jar" --

 2        Q    I just mean the jar separately.

 3        A    Nothing attached to it?

 4        Q    Yeah, nothing attached to it.

 5        A    I don't remember.                          11:33

 6        Q    You don't remember?

 7        A    No.

 8        Q    So after 2010, when you purchased products, why

 9   did you buy it again?

10        A    Just to have some.                         11:34

11        Q    Because you liked the product?

12        A    Yeah.

13        Q    And after 2010, did you ever inspect the jar,

14   prior to purchase?

15        A    No.                                        11:34

16        Q    What about after you bought the jar, did you

17   inspect the jar?

18        A    No.

19        Q    Did you ever -- after 2010, when you bought the

20   .25-ounce jar, did you ever read any product information  11:34

21   on the container of the jar or packaging?

22        A    No.

23        Q    Did you ever look at whether or not it told you

24   the amount you were getting?

25        A    No.                                        11:35
```

Exhibit A
Davidson_67

MICHAEL TURCIOS – 3/1/2013

Page 64

1      Q    And that's true for all your 15 purchases prior

2    to 2010 too?

3      A    Correct.

4      Q    And after 2010, when you purchased the .25-ounce

5    jar, did you use the full jar?                              11:35

6      A    I don't remember.

7      Q    Do you remember what the bottom of the jar

8    looked like after you bought it in 2010?

9      A    No, I'm not sure.

10     Q    So we're talking about your first purchase after   11:35

11   2010.

12          How many times, from 2010 until now, have you

13   bought the Carmex .25-ounce jars?

14     A    A few times.

15     Q    More than ten?                                      11:36

16     A    No.

17     Q    Less than ten?

18     A    Yes.

19     Q    Less than five?

20     A    I don't remember how many jars I bought.            11:36

21     Q    After 2010.

22     A    Yeah.

23     Q    So after 2010, you don't remember the price of

24   any of these jars, correct?

25     A    Correct.                                            11:36

Exhibit A

Davidson_68

MICHAEL TURCIOS - 3/1/2013

Page 65

```
 1          Q    Correct?

 2          A    Correct.

 3          Q    Do you know how many -- let me ask it this way.

 4               When is the last time you bought the .25-ounce

 5    jar?                                                         11:36

 6          A    Last year or so.  Sometime last year.

 7          Q    Last year, winter?  If you could give me any

 8    kind of month.

 9          A    Maybe around wintertime.

10          Q    Like December?                                   11:37

11          A    Yeah, around there.  Somewhere around there.  I

12    don't remember what month.

13          Q    And so your purchases after 2010, do you have

14    receipts for any of those purchases?

15          A    Do I have what?                                  11:37

16          Q    Do you have any receipts?

17          A    No.

18          Q    Did you pay cash for all those purchases too?

19          A    Yes.

20          Q    After 2010, when you bought the .25-ounce jar,   11:37

21    did you inspect the jar in any respect?

22          A    No.

23          Q    After 2010, did the jar look the same as it

24    always looked for your purchases, the last 15 purchases

25    that you made?                                              11:38
```

Exhibit A
Davidson_69

MICHAEL TURCIOS – 3/1/2013

Page 66

```
 1         A    I'm not sure.

 2         Q    You're not sure if there was any difference

 3    between the jar after 2010 and prior to 2010?

 4         A    Right.

 5         Q    The answer is "yes"?                              11:38

 6         A    Right.

 7         Q    Okay.  So I take it, at no time after 2010 did

 8    you inspect and look at the jar, right?

 9         A    Correct.

10         Q    You never looked to see what the jar's bottom   11:38

11    looked like?

12         A    I mean, I knew it was there, but I didn't go

13    around and inspect the whole thing.

14         Q    You knew the jar had a bottom, and that's it?

15         A    Right.                                           11:39

16         Q    Anything else you can remember about the bottom

17    of the jar after 2010?

18         A    No.

19         Q    Do you ever remember buying a Carmex jar in a

20    blaster card, what they call blister card packaging?      11:39

21         A    No.

22         Q    You never have.

23              MR. MARKER:  Do you know what a blister card is?

24              THE WITNESS:  A blister card?

25              MR. MARKER:  Yeah.  If you don't know what it    11:39
```

Exhibit A
Davidson_70

MICHAEL TURCIOS - 3/1/2013

1    is, you should ask her.

2          THE WITNESS:  What is it?

3    BY MS. DAVIDSON:

4       Q   Let's just put it this way.

5          Other than the freestanding jar --                    11:39

6       A   Right.

7       Q   -- do you remember buying Carmex in any other

8    packaging?  I think your answer was no, but I'm just

9    following up.

10      A   It had a plastic packaging on it.                    11:40

11      Q   When you say "plastic packaging," what are you

12   talking about?

13      A   It was like -- it was like a plastic with, like,

14   cardboard in the back.

15      Q   And when did you make that purchase?                 11:40

16      A   I'm not sure.

17      Q   2010?

18      A   I'm not sure.

19      Q   2011?

20      A   Maybe.  I don't remember.                            11:40

21      Q   Do you know how many times you bought the Carmex

22   product in packaging you just described?

23      A   How many times?

24      Q   Yeah.

25      A   I don't remember.                                    11:40

Exhibit A
Davidson_71

MICHAEL TURCIOS – 3/1/2013

1        Q    More than once?

2        A    I don't remember.

3        Q    Where did you buy the Carmex jar, with the

4   packaging you just described, at?

5        A    Walgreens on Willow Street, in Long Beach.          11:41

6        Q    You paid cash for it?

7        A    Yes.

8        Q    Is there a reason why you bought the Carmex

9   product in the packaging you just described versus the

10  freestanding jar that it sold as?                            11:41

11       A    I just bought it.

12       Q    Did you read any of the packaging on the

13  cardboard that you purchased with the product?

14       A    No.

15       Q    Is the answer "no"?                                 11:42

16       A    No.

17       Q    After you bought it, did you read the packaging

18  of the Carmex and the cardboard packaging you just

19  described?

20       A    No.                                                 11:42

21       Q    After you bought the Carmex jar in the packaging

22  you just described, did you buy it again?

23       A    I don't remember.

24       Q    Of all the purchases we're talking about, the

25  .25-ounce jar that you made, from 2006 to present, did      11:42

Exhibit A
Davidson_72

1    you ever read any of the information on the product that

2    you purchased?

3         A    No.

4         Q    That's true for the cardboard packaging product

5    you bought also?                                         11:42

6         A    Correct.

7         Q    And out of all the purchases you made of the

8    Carmex jar, from 2006 to present, you don't remember the

9    price you paid?

10        A    No, I don't.                                   11:43

11        Q    And am I correct, out of all the purchases of

12   the Carmex .25-ounce jar you made from 2006 to present,

13   you never inspected the jar?

14        A    No.

15             MS. DAVIDSON:  Let's take a quick break.       11:43

16             MR. MARKER:  Okay.

17             THE VIDEOGRAPHER:  Going off the record.  The

18   time is 11:43 a.m.

19             (Recess taken.)

20             THE VIDEOGRAPHER:  Back on the record.  The time 11:51

21   is 11:53 a.m.

22   BY MS. DAVIDSON:

23        Q    Have you ever looked at Carma Labs' Web site?

24        A    No.

25        Q    Have you ever reviewed any type of            11:53

Exhibit A
Davidson_73

MICHAEL TURCIOS – 3/1/2013

```
 1    advertisements or marketing that Carma Labs does?

 2         A    No.

 3         Q    Have you ever -- to be more specific, have you

 4    ever look at any marketing or advertising that pertained

 5    to the Carmex product before?                               11:54

 6         A    No.

 7         Q    Have you ever read anything online that

 8    pertained to Carmex or Carma Labs?

 9         A    No.

10         Q    What lip balm product do you use today, if any?  11:54

11         A    ChapStick.

12         Q    And what package is that sold in?

13              Let me do it this way.

14         A    They're sold without a package, just with the

15    plastic around it.                                          11:55

16         Q    Are you talking about the tube?

17         A    The sticks.

18         Q    Yeah, the sticks?  Is that what you buy?

19         A    Yes.

20         Q    And do you know how much product is contained in 11:56

21    those ChapStick sticks?

22         A    No.

23         Q    And buying lip balm, is the amount of product

24    important to you?

25         A    If I'm paying for it, yes.                        11:56
```

Exhibit A
Davidson_74

MICHAEL TURCIOS – 3/1/2013

Page 71

```
 1          Q    And why is it important?
 2          A    You don't want to spend $3 on something when
 3     really it's worth a dollar.
 4          Q    So this ChapStick stick that you're using, when
 5     did you start using ChapStick stick in the stick form?     11:56
 6          A    I'm not sure.
 7          Q    Do you still use Carmex today?
 8          A    I would.
 9          Q    You would still use it?
10          A    Yes.                                             11:57
11          Q    But do you still use it?
12          A    Not right now.
13          Q    Why not?
14          A    Didn't need it.
15          Q    But at some point are you going to need it       11:57
16     again?
17          A    Maybe.
18          Q    Are you going to buy it again?
19          A    Maybe.
20          Q    When you say "maybe," is there something that    11:57
21     you're unsure about?
22          A    No.  Just maybe, maybe I will buy it.
23          Q    Are you going to buy it in the .25-ounce jar?
24               MR. MARKER:  Objection, speculation.
25               MS. DAVIDSON:  Well, he said "maybe," so I'm      11:57
```

Exhibit A
Davidson_75

MICHAEL TURCIOS – 3/1/2013

Page 72

1    asking him.

2            MR. MARKER:  That's fine.

3            You can answer.

4    BY MS. DAVIDSON:

5        Q   Is it still "maybe," you may?            11:58

6        A   I may.

7        Q   But right now you said you're not buying it in

8    the .25-ounce jar because you don't need it?

9        A   I don't need it right now.

10       Q   Is that because you have ChapStick?         11:58

11       A   I just don't have chapped lips.

12       Q   But when you get chapped lips, are you going to

13   buy the Carmex product?

14       A   I don't know.

15       Q   Can you tell me why you filed this lawsuit, sir.  11:58

16       A   When it was mentioned to me about Carmex ripping

17   people off, I felt it wasn't right.  You know, you're not

18   going to go out and get a 12-ounce soda and it only have

19   6 ounces in it.  See what I'm saying?  That's ripping

20   people off.  You want to get your money's worth for what  11:59

21   you buy.  And I purchased so many of those jars.

22       Q   So when you say you heard it mentioned, are you

23   talking about your conversation with Ms. Cruz and

24   Marissa?

25       A   Right.  I wanted to get more involved in the     11:59

Exhibit A
Davidson_76

MICHAEL TURCIOS – 3/1/2013

```
 1   case.

 2        Q   Once you heard from them.

 3        A   Right.

 4        Q   Have you talked to Marissa about this case at

 5   all after?                                                11:59

 6        A   No.

 7        Q   Have you talked to anybody about this case?

 8        A   Just my lawyer.

 9            MR. MARKER:  Objection to the extent it calls

10   for attorney-client privilege.                           11:59

11            MS. DAVIDSON:  I can ask if he talked to

12   someone.

13            MR. MARKER:  Yeah.

14            MS. DAVIDSON:  He can say his lawyer, and I

15   wouldn't ask him what he said, but...                    11:59

16        Q   You talked to your lawyer.

17        A   I talked to my lawyer.

18        Q   When you met with your lawyer for the first time

19   three days ago, how long did you meet with your lawyer?

20        A   I'm not sure.                                   12:00

21        Q   Was it half a day?

22        A   I don't remember.

23        Q   Have you ever talked to any other consumers out

24   there who purchased Carmex in the .25-ounce jar?

25        A   No, I haven't.                                  12:00
```

Exhibit A
Davidson_77

MICHAEL TURCIOS – 3/1/2013

```
 1        Q    Nobody?

 2        A    No.

 3        Q    You mentioned that you thought Carmex is ripping

 4   people off, right?

 5        A    Yeah.                                              12:00

 6        Q    Can you tell me all the facts you have that that

 7   is the case.

 8        A    You're only getting half of what's inside that

 9   jar.

10        Q    How do you know that?                              12:01

11        A    Because there's another plastic coating on the

12   bottom of the jar.

13        Q    And when did you see that plastic coating on the

14   bottom of the jar?

15        A    I don't remember.                                  12:01

16        Q    What plastic coating are you talking about?

17        A    On the inside of the jar.

18        Q    Plastic coating on the inside of the jar?

19        A    On the bottom too.

20        Q    And how do you know that?                          12:02

21        A    I seen it not too long ago.

22        Q    And how long ago was that?

23        A    I'm not sure.

24        Q    Was it this year?

25        A    I'm not sure.                                      12:02
```

Exhibit A
Davidson_78

MICHAEL TURCIOS – 3/1/2013

1      Q    Was it last year?

2      A    I don't remember.

3      Q    So when you talk about plastic coating, I'm

4   trying to figure out what you're talking about.  Can you

5   be more specific.                                              12:03

6           Are you talking about plastic or a sticker, or

7   what?

8      A    Well, it's just that, the plastic coating and

9   the indent on the bottom of the jar.

10     Q    So the indention on the bottom of the jar?          12:03

11     A    Excuse me.

12          Sorry about that.  I'm good.

13     Q    What indention are you talking about?

14     A    On the bottom.  It's like a little -- it goes

15   like that, and it goes up.                                    12:03

16     Q    Anything else with the jar that is problematic,

17   in your opinion?

18          MR. MARKER:  Objection to the extent it calls

19   for a legal conclusion, but you can answer.

20          THE WITNESS:  Can you repeat that again.             12:04

21   BY MS. DAVIDSON:

22     Q    Yeah.

23          So I asked you why did you think Carmex is

24   ripping people off, and I'm trying to get specifics of

25   why you think that's the case.  And I heard you say that

Exhibit A
Davidson_79

MICHAEL TURCIOS - 3/1/2013

```
 1    there's a plastic part of the jar, and then you talked

 2    about an indention, and I'm trying to figure out all the

 3    problems you think with the jar.  I'm just trying to get

 4    the specifics because I don't entirely understand.

 5         A    There should be more than there is in there.      12:04

 6         Q    Why do you say that?

 7         A    Could you repeat that again.

 8         Q    Sure.

 9              MS. DAVIDSON:  Can I have the question read

10    back.                                                       12:05

11              (The record was read as follows:

12              "Question:  Why do you say that?")

13              MS. DAVIDSON:  Further up.

14              (The record was read as follows:

15              "Question:  So I asked you why did you

16              think Carmex is ripping people off,

17              and I'm trying to get specifics of why

18              you think that's the case.  And I

19              heard you say there's a plastic part

20              of the jar, and then you talked about

21              an indentation, and I'm trying to

22              figure out all the problems you think

23              with the jar.  I'm just trying to get

24              the specifics because I don't entirely

25              understand.")                                     12:06
```

Exhibit A
Davidson_80

MICHAEL TURCIOS - 3/1/2013

Page 77

1    BY MS. DAVIDSON:

2        Q    So what problems do you have with the jar?  If

3    you can be as specific as possible.

4        A    There just should be more product in that jar

5    than what there is.                                        12:06

6        Q    Why do you say that?

7        A    There just should, there should be more.

8        Q    Do you know how much product is contained in the

9    jar?

10       A    Well, it's .25 ounces, right?                     12:06

11       Q    How do you know that?

12       A    Because you just said it.

13       Q    Because I told you?

14       A    Right, .25 ounces.

15       Q    How do you know there should be more than .25     12:06

16   ounces?

17       A    You can tell right away when you see in that

18   jar.

19       Q    When you've seen the jar -- can you explain that

20   further, what you mean.                                    12:07

21            Are you saying that you can tell right away,

22   when you look at the jar, that it should have more?  Is

23   that your point?

24       A    Yeah.

25       Q    Why did you continue to buy it if that's what    12:07

Exhibit A
Davidson_81

MICHAEL TURCIOS - 3/1/2013

Page 78

```
 1    you think?
 2         A    It was the best quality.
 3         Q    And you liked the product, right?
 4         A    Right.
 5         Q    So when you say that you thought you should get    12:07
 6    more, where is that coming from?
 7         A    I don't know.  I guess how fast my jars ran out
 8    when I did purchase them, just didn't think anything of
 9    it.
10         Q    So you didn't think anything of it, but I hear    12:08
11    you today saying that you have a problem.  So which one
12    is it?
13         A    Both the bottom of the jar and the product in
14    the jar.
15         Q    But you continued to buy it.                       12:08
16         A    Well, yeah.  Like I said, you want the best
17    quality lip balm there is.
18         Q    And that's why you bought it.
19         A    Yes.  Carmex works.
20         Q    And so when you talk about the indention of the    12:08
21    jar --
22         A    Right.
23         Q    -- have you ever seen a jar that didn't have the
24    indention on it?
25         A    Yeah, the bigger Carmex jar.                       12:08
```

Exhibit A
Davidson_82

MICHAEL TURCIOS - 3/1/2013

1        Q    When you say "bigger," which jar are you

2     referring to?

3        A    I'm not sure how much is in there.

4        Q    But bigger than the .25-ounce jar you bought?

5        A    Well, it's -- yeah, it's way bigger than the     12:09

6     .25-ounce jar, but there's, like, the same amount in

7     there as a .25 ounce.

8        Q    So which jar is that?

9        A    It's the one with the black and yellow writing

10    on it.                                                      12:09

11       Q    Black and yellow writing on it.

12       A    Right.  I think the letters -- the letters say

13    "Carmex" in black, and the rest of the jar is yellow.

14       Q    And so that jar, to your understanding, is

15    larger than the jar you're complaining about?             12:09

16       A    Yeah.  It looks larger, but there's nothing in

17    there.

18       Q    Yeah.  So I thought you said that you wanted the

19    larger jar; am I misunderstanding you?

20       A    Wanted a larger jar?                               12:09

21       Q    Let's back up for a second.

22            I asked you whether or not -- I asked you, do

23    you have any problem with the jar that has what you claim

24    is the indention in it, right?

25       A    Right.                                             12:10

Exhibit A
Davidson_83

MICHAEL TURCIOS - 3/1/2013

Page 80

1      Q    And I asked you whether or not you had a problem
2   with any other jar.  And what's your answer?
3      A    Yeah, there's a problem with both of those jars.
4      Q    Okay.  And so now I'm trying to get --
5      A    I got -- sorry, go ahead.                          12:10
6      Q    Go on.
7      A    I got mixed up.
8      Q    Okay.
9      A    The one with the bigger jar is the one with the
10   plastic inside of it that, you know, it seems like        12:10
11   there's more in there but there isn't, it's actually the
12   same amount as in the .25 ounce.
13      Q    So wait, there's two jars you're referring to.
14      A    Right, the bigger one --
15      Q    The bigger one -- and when you say "bigger," is    12:10
16   it the .25-ounce jar?
17      A    The one that is bigger than the .25-ounce jar.
18      Q    Has more product in it.
19      A    Should have more product in it.
20      Q    So what jar -- is it a jar that says anything      12:10
21   other than .25 ounces on it?
22      A    I don't remember what --
23      Q    But it's bigger than the one that is --
24      A    Yeah.
25      Q    -- compared to what?                               12:11

Exhibit A
Davidson_84

MICHAEL TURCIOS – 3/1/2013

Page 81

1          A    It's a bigger oval than a little size .25-ounce

2    jar.

3          Q    So the little size .25-ounce jar, when did you

4    purchase that, if you did?

5          A    A while ago.                                    12:11

6          Q    And so you're claiming there's a little jar and

7    a big Carmex jar?

8          A    A little jar inside the big Carmex jar?

9          Q    No, I'm just using your words.

10              You said there's a little jar and there's a      12:11

11   larger jar, so that makes me believe that you think

12   there's two size jars.  Am I right?

13         A    Well, the bigger just has less product in it and

14   it should have more.

15         Q    So what about the other jar you're talking       12:11

16   about?

17         A    The .25 ounce?

18         Q    Yeah.

19              How much product do you think you're getting in

20   that?                                                        12:11

21         A    Less than .25.

22         Q    Okay.  So you think you're getting less than the

23   .25 ounces it says on the product.

24         A    Right.

25         Q    Okay.                                             12:12

Exhibit A
Davidson_85

MICHAEL TURCIOS - 3/1/2013

Page 82

1        A    And that's because of the little indention on

2    the bottom of the .25-ounce jar.

3        Q    Have you ever tried to check to see whether or

4    not you're getting less than .25 ounces?

5        A    Never bothered to check.                           12:12

6        Q    Never bothered.

7             So at some point you came to the conclusion that

8    you were getting less than the .25 ounces.  How do you

9    come to that conclusion?

10       A    During that conversation, when I overheard       12:12

11   Marissa and Elaine talking about it.

12       Q    Okay.  So what did Marissa and Elaine tell you

13   about that?

14       A    That there's a little indention on the bottom of

15   the Carmex jars and that people were getting ripped off.   12:12

16   And I mentioned that I purchased a bunch of Carmex in the

17   past, so I'm one that got ripped off too.

18       Q    So that was the first time you learned there was

19   an indention on the bottom of the jar; is that what

20   you're saying?                                              12:12

21       A    Well, I told you earlier that I have always

22   noticed it but didn't think anything of it.

23       Q    So you always noticed it based off your prior

24   purchases; is that what you're saying?

25       A    Right.                                             12:13

Exhibit A
Davidson_86

MICHAEL TURCIOS - 3/1/2013

Page 83

```
 1          Q    And you never had any complaints with it then?

 2          A    No, because I didn't think of it.

 3          Q    And when Marissa and Elaine talked to you about

 4     it, then you felt like you were getting ripped off?

 5          A    Correct.                                          12:13

 6          Q    Is that what you're saying?

 7          A    Correct.

 8          Q    And that's because of the indention; am I

 9     correct?

10          A    Correct.                                          12:13

11          Q    Other than the indention, is there any other

12     issues that you find problematic with the Carmex jars

13     that you purchased?

14          A    No.  Just that they should give the people's

15     money's worth.                                              12:13

16          Q    What money's worth are you talking about?

17          A    Whatever people spend on Carmex.

18          Q    And that's because you think the jar contains

19     less than .25 ounces?

20          A    Exactly.                                          12:13

21          Q    Even though it says that on the jar?

22          A    Correct.

23          Q    You think they're lying?

24          A    Yeah.

25          Q    Have you done anything to verify whether or not  12:14
```

Exhibit A
Davidson_87

MICHAEL TURCIOS – 3/1/2013

```
 1     Carmex is lying about giving people less than .25 ounces

 2     in the jars that you've purchased?

 3          A    Can you repeat that real quick?  Sorry.

 4          Q    Yeah, sure.

 5               Have you done anything to verify whether Carmex    12:14

 6     is lying about giving people .25 ounces of product in the

 7     jars that you purchased?

 8          A    No.

 9          Q    Well, how do you know that's the case, then?

10          A    I don't know.  You can just tell.               12:14

11          Q    How can you just tell?

12          A    By the indention in the little jar.

13          Q    Is that the only basis you have for claiming

14     that Carmex is lying?

15          A    Right.                                          12:15

16          Q    If you learned that Carmex was in fact giving

17     the exact .25 ounces in those jars that you're upset

18     about, would you change your viewpoint?

19          A    Can you repeat that.

20          Q    Yeah.                                           12:16

21               If you learned that Carmex in fact was giving

22     consumers the actual .25 ounces in the jars you're

23     complaining of, would this change your viewpoint?

24          A    I don't know.

25          Q    Why do you say you don't know?                  12:16
```

Exhibit A
Davidson_88

MICHAEL TURCIOS – 3/1/2013

Page 85

```
 1          A    Because I don't know.

 2          Q    Well, you're accusing the company of lying.  And

 3     if it was the case that wasn't true, that they weren't

 4     lying, would this change your viewpoint about the

 5     product?                                                    12:16

 6          A    It will always be a good product.

 7          Q    Would you still think you're getting ripped off

 8     if it was verified that you were getting the .25 ounces,

 9     and it wasn't in fact the case that you weren't getting

10     less than that?                                             12:17

11          A    I don't think it's a bad product.  They need to

12     give the money's worth, that's it.

13          Q    My question is different.

14               My question is:  If you did learn that you were

15     actually getting the .25 ounces of product in the jars     12:17

16     you're complaining of, would that change your viewpoint

17     in this case?

18          A    I don't know.

19          Q    Well, if you learned that Carmex wasn't lying

20     and giving less than .25 ounces, wouldn't you rethink       12:17

21     your position?

22          A    I don't know.

23          Q    Why do you say you don't know?

24          A    Because I don't.

25          Q    You don't know whether or not if you learned     12:17
```

Exhibit A
Davidson_89

1    that you're getting .25 ounces, you would be no longer

2    dissatisfied?

3         A    I don't know.

4         Q    But that's what you want, .25 ounces, correct?

5         A    Right.                                              12:18

6         Q    So if that's what you want, and you in fact were

7    getting that amount, would you be happy?

8         A    Yeah.

9              MR. MARKER:  Let's take a break.

10             MS. DAVIDSON:  Let's take a break for quick        12:18

11   lunch, 20-minute lunch.  I really don't have much more.

12             MR. MARKER:  Okay.

13             MS. DAVIDSON:  I don't have much more.  I

14   probably have, like -- I've just got to confer and --

15             MR. MARKER:  Okay.                                 12:18

16             MS. DAVIDSON:  -- figure out.  Why don't we take

17   a quick break, okay?

18             MR. MARKER:  12:45?

19             MS. DAVIDSON:  Yeah, sure.  And then you guys

20   can have a quick lunch.                                      12:18

21             THE VIDEOGRAPHER:  This marks the end of

22   videotape number one, Volume 1, in the deposition of

23   Michael Turcios.

24             Going off the record.  The time is 12:18 p.m.

25             (Recess taken.)                                    12:18

Exhibit A
Davidson_90

MICHAEL TURCIOS – 3/1/2013

```
 1              THE VIDEOGRAPHER:  Back on the record.

 2         This marks the beginning of videotape number

 3    two, Volume 1, in the deposition of Michael Turcios.  The

 4    time is 12:48 p.m.

 5    BY MS. DAVIDSON:                                        12:48

 6         Q   Prior to filing your class-action lawsuit in

 7    this case, sir, had you ever tried to contact Carma Labs

 8    about any concerns or complaints you've had with their

 9    product or packaging?

10         A   Will you repeat that.                          12:48

11         Q   Sure.

12             Prior to filing this lawsuit --

13         A   Right.

14         Q   -- class-action lawsuit that you filed, had you

15    ever tried to contact Carma Labs about any concerns or    12:48

16    complaints that you had with its .25-ounce jar?

17         A   No.

18         Q   Why not?

19         A   I don't know.

20         Q   When you say you don't know, I'm not entirely    12:49

21    sure what that means.  Can you be more specific?

22             MR. MARKER:  Objection to the extent is asks for

23    attorney-client privilege.

24             But you can answer.

25             THE WITNESS:  I don't know.                      12:49
```

Exhibit A
Davidson_91

MICHAEL TURCIOS - 3/1/2013

Page 88

```
 1    BY MS. DAVIDSON:

 2         Q    You don't know why you didn't contact them?

 3         A    Right.

 4         Q    Are you aware, sir, that Carma Labs offers a

 5    hundred percent full refund on any product purchased,        12:49

 6    including its .25-ounce Carmex jar, if a consumer is not

 7    satisfied with its purchase?

 8         A    No.

 9         Q    Have you ever gone to the Web site to see

10    whether or not you could get your money back?               12:49

11         A    No.

12         Q    Have you ever looked at anything relating to

13    whether Carmex offers a money-back guarantee?

14         A    No.

15         Q    So you've never seen that Carmex offers a         12:50

16    money-back guarantee on any type of advertising, Web site

17    or other forum?

18         A    No.

19         Q    Did it ever cross your mind that before filing a

20    lawsuit, that maybe you should try to see if you can get     12:50

21    your money back from Carma Labs?

22         A    No.

23         Q    Are you asking for a refund in this case, sir?

24         A    No, no refund, just the right amount of product

25    in the jar.                                                  12:51
```

Exhibit A
Davidson_92

MICHAEL TURCIOS – 3/1/2013

Page 89

```
 1        Q    You don't want a refund.

 2        A    The right amount of product in the jar.

 3        Q    And when you say "right amount," you mean .25

 4   ounces, correct?

 5        A    No, the other half of Carmex that's supposed to     12:51

 6   be in there.

 7        Q    I thought you said .25 ounces is what you

 8   wanted.

 9        A    I didn't know what the heck 2 point -- or .25

10   ounces was.                                                   12:51

11        Q    You don't know what .25 ounces means?

12        A    No, I didn't know what I was talking about

13   earlier.

14        Q    Why not?

15        A    I was getting confused.                             12:51

16        Q    And so now you're changing your testimony.

17        A    Yeah, to that.

18        Q    Why?

19        A    Because I got confused.

20        Q    Confused about what?                                12:51

21        A    About all the questions you were asking me.

22        Q    About the amount of product you were getting?

23        A    Yeah.

24        Q    So you're not claiming that you got anything

25   less than .25 ounces; is that what you're saying now?         12:52
```

Exhibit A
Davidson_93

MICHAEL TURCIOS – 3/1/2013

Page 90

```
 1        A    Correct.

 2        Q    So how do you know you got .25 ounces?

 3        A    Well, obviously they're not going to write it on

 4   the jar for no reason, or you wouldn't purchase it.

 5        Q    That's right.  The stated amount is what you        12:52

 6   get, correct?

 7        A    Right.

 8        Q    And you knew that before you purchased the

 9   product, correct?

10        A    Yeah.                                               12:52

11        Q    "Yes"?

12        A    Yeah.

13        Q    You've got to say "yes" or "no."

14             Is that a "yes"?

15        A    Yes.                                                12:52

16        Q    What amount of product do you think you're

17   entitled to, other than the stated amount?

18        A    The other half in that jar.

19        Q    When you say "other half," what do you mean?

20        A    The other half of the product that's supposed to   12:53

21   be in that jar.

22        Q    How do you know other half of product is

23   supposed to be in the jar?

24        A    Through the indent on the bottom of the

25   .25-ounce jar.                                                12:53
```

Exhibit A
Davidson_94

MICHAEL TURCIOS - 3/1/2013

Page 91

1      Q    Why do you think that you're entitled to more

2    than .25 ounces, which is the stated amount on the jar?

3      A    What was that?

4      Q    Why do you think you're entitled to more than

5    .25 ounces, which is what's stated on the jar?        12:53

6      A    I know that's the correct amount of whatever .25

7    ounces is, but it ain't -- I mean, it's not the right

8    amount of product inside the jar.

9      Q    So prior to talking to Marissa, you never had

10   any concerns or complaints about the jar, correct?      12:54

11     A    I never thought of it.

12     Q    Until you talked to Marissa and her mom,

13   correct?

14     A    Yeah, I never thought of it.

15     Q    Yeah.                                             12:54

16          And Marissa and her mom work for the law firm

17   that represents you, correct?

18     A    Correct.

19     Q    So you continued to buy the product and never

20   had any complaints or concerns about the amount you were 12:54

21   getting.  And now you're unhappy?

22     A    Correct.

23     Q    How do you reconcile the two positions?

24     A    What does "reconcile" mean?

25     Q    Well, if you weren't unhappy with what you were  12:54

Exhibit A
Davidson_95

MICHAEL TURCIOS – 3/1/2013

1    getting the entire time you were purchasing it, why all

2    of a sudden are you unhappy now?

3        A    I guess you can just tell there's not the right

4    amount of product in the jar.

5        Q    And you knew that from the time you purchased          12:55

6    it, correct?

7        A    Not from the time I purchased it.

8        Q    Well, you've been purchasing it for, I think you

9    said now, 20 times.  So when did you make the

10   determination that it didn't have enough amount?          12:55

11       A    Just recently found out that the bottom of the

12   jar had that indent on it and that sticker that's

13   covering the little hole that's in the middle.

14       Q    And somebody told you that, correct?

15       A    Huh?          12:55

16       Q    And Marissa and her mom told you that?

17       A    No.

18       Q    When did you look at the jar?

19       A    When I bought one maybe a few months back.

20       Q    So this entire time that you've purchased it,          12:56

21   you had no complaints with the jar until recently,

22   correct?

23       A    Correct.

24       Q    When is the time you purchased it and saw the

25   sticker on the bottom of the jar?          12:56

Exhibit A
Davidson_96

MICHAEL TURCIOS – 3/1/2013

Page 93

```
 1        A    I'm not sure when.

 2        Q    Was it after you talked to Marissa?

 3        A    No.

 4        Q    It was before.

 5        A    Yeah.                                        12:56

 6        Q    So when you saw the sticker on the bottom on the

 7   jar, what did you think?

 8        A    Didn't look right.  It had that sticker over the

 9   little hole that's in the middle of the jar, and I'm just

10   like, Nah, this is a little bit...  But still, I didn't    12:56

11   think anything of it.

12        Q    Until later, correct?

13        A    Correct.

14        Q    How much money would you be willing to pay for

15   the product?                                          12:57

16        A    Through what?

17        Q    How much money would you be willing to pay for

18   the .25-ounce product in the Carmex jar?

19        A    A dollar.

20        Q    A dollar.                                    12:57

21        A    Yeah.

22        Q    And why do you say that?

23        A    Because it ain't the right -- it's not the right

24   amount that's in there.

25        Q    But you don't know the price you paid for the    12:57
```

Exhibit A
Davidson_97

MICHAEL TURCIOS - 3/1/2013

1     jars.  How do you get the dollar?

2          A    Obviously, it's more than a dollar.

3          Q    It is?

4          A    A few dollars.

5          Q    It's a few dollars?                              12:57

6          A    Like 2 something, maybe 3.  I can't remember the

7     price.  But it's not what -- it's not what -- it's not

8     the right amount that's in there.

9          Q    So you paid $3 for the jar.

10              MR. MARKER:  Misstates prior testimony.          12:57

11              MS. DAVIDSON:  Well, his prior testimony is he

12     doesn't remember the price.

13         Q    Is that true?

14         A    Yeah.  I know it's more than a dollar, though.

15     It's more than 2 bucks and some change maybe.             12:58

16         Q    More than $2.

17         A    Two bucks and some change.  It's not worth it.

18         Q    So what do you -- so do you want a refund?

19              MR. MARKER:  Objection to the extent it calls

20     for a legal conclusion regarding damages.                 12:58

21              But you can answer if you want.

22              THE WITNESS:  Like I said earlier, just the

23     right amount of product is fine.

24     BY MS. DAVIDSON:

25         Q    Do you have a percentage of the amount of        12:58

Exhibit A
Davidson_98

MICHAEL TURCIOS – 3/1/2013

Page 95

```
 1    product that you believe you should get?

 2         A    A full jar, however much that is.

 3         Q    What are you defining as the "jar"?

 4         A    What am I defining as a jar?

 5         Q    As the "jar."  You keep saying "jar."  But what      12:59

 6    are you defining as the jar?

 7         A    The .25-ounce jar, just the right amount of

 8    product, just full.  And...

 9         Q    Do you recycle?

10         A    No.                                                  12:59

11         Q    Do you think it's important for companies to

12    make efforts to preserve the environment?

13         A    Yeah.

14         Q    Is it important to you that companies make an

15    effort to reduce the amount of plastic that they're using    01:00

16    in connection with their products?

17         A    I don't know.

18         Q    Is it important to you that companies make

19    efforts to reduce waste?

20         A    I don't know.  No.                                   01:00

21         Q    It's not?

22         A    I don't think of it.

23         Q    You don't think of it?

24              Do you ever make purchasing decisions based on

25    how environmentally conscious a company is?                   01:00
```

Exhibit A
Davidson_99

MICHAEL TURCIOS - 3/1/2013

Page 96

```
 1        A    No.

 2        Q    Does that matter to you?

 3        A    No.

 4        Q    Since this lawsuit has been filed, have you

 5   examined any Carmex jars?                                01:00

 6        A    Just that one a few months ago.

 7        Q    That's after the lawsuit was filed?

 8        A    No.

 9        Q    It was prior to the lawsuit was filed.

10        A    I can't remember, but -- yeah, I can't remember. 01:01

11        Q    And was anybody with you?

12        A    No.

13        Q    And was this a jar that you purchased, that you

14   examined?

15        A    Yes.                                            01:01

16        Q    And did you use the full amount of product in

17   that jar?

18        A    I'm not sure.

19        Q    Do you know how much you paid for that jar?

20        A    I don't remember.                               01:01

21             MS. DAVIDSON:  Let's mark as Exhibit 1 this.

22             (Defendant Exhibit 1 was marked

23             for identification by the reporter.)

24   BY MS. DAVIDSON:

25        Q    I'm placing before you what has been marked as  01:02
```

Exhibit A
Davidson_100

MICHAEL TURCIOS - 3/1/2013

1    Exhibit 1, sir.

2         Can you take a look at this document and tell me

3    if you recognize it.  Have you ever seen it before, is my

4    question.

5    A    Yes.                                              01:02

6    Q    When did you see it for the first time?

7    A    I can't remember.  I've seen a lot of documents.

8    Q    You've seen a lot of documents in this case?

9    A    More than a couple.

10   Q    And what kind of documents have you seen?        01:03

11   A    I don't remember.

12   Q    But you know you've seen this?

13   A    Yeah.

14   Q    If you'd take a look at the -- I think the last

15   page, sir.                                            01:03

16        It says Verification.  Do you see that?

17   A    Yeah.

18   Q    And you see, is that your signature at the

19   bottom there?

20   A    Yes.                                             01:03

21   Q    If you'd turn to interrogatory 11, sir.

22   A    Where is that at?

23   Q    That's a page -- I apologize.  Let me help you.

24   Page 8 of the document.

25        You see that there's little numbers on the      01:04

Exhibit A
Davidson_101

MICHAEL TURCIOS - 3/1/2013

```
 1    bottom?

 2         A    Right here?

 3              MR. MARKER:  Uh-huh.

 4              THE WITNESS:  Yeah.

 5    BY MS. DAVIDSON:                                        01:04

 6         Q    If you'd take a look at interrogatory 11, sir.

 7              You don't have to concern yourself too much with

 8    the details of the interrogatory, but I'm specifically

 9    interested in the part at the bottom that says:

10    "Plaintiff and the Class will seek actual damages in the   01:04

11    amount of 36 percent of the actual retail price paid for

12    the Defendant's Carmex Jar."

13              Do you see that at the very bottom there?

14         A    No, I don't see it.  Where is it at?

15         Q    Do you see where it says Response to            01:05

16    Interrogatory No. 11, the title up there?  Do you see

17    that?

18         A    Okay, yeah.

19         Q    So if you go all the way down to line 17.  Do

20    you see that?                                           01:05

21         A    Plaintiff and -- okay.

22         Q    Yeah, "Plaintiff and the Class will seek actual

23    damages in the amount of 36 percent of the actual retail

24    price paid for the Defendant's Carmex Jar."

25              Do you see that?                              01:05
```

Exhibit A
Davidson_102

MICHAEL TURCIOS – 3/1/2013

```
 1        A    Right.

 2        Q    Do you know where that 36 percent number comes

 3   from?

 4        A    36 percent?  I don't remember.

 5        Q    You don't know what the 36 percent is based on?    01:05

 6        A    I don't remember.

 7             Excuse me.

 8        Q    When you say you don't remember, what does that

 9   mean?

10        A    I don't remember.                                  01:06

11        Q    So at one point did you remember maybe?

12        A    Possibly.

13        Q    But right now you can't tell me what that 36

14   percent number is based on, is that what you're saying?

15        A    I can't remember.                                  01:06

16        Q    You can put that document away, sir.

17             MS. DAVIDSON:  I think we have probably five

18   minutes left.  Let me collect my notes and come back in

19   about five minutes.

20             MR. MARKER:  Okay.                                  01:07

21             MS. DAVIDSON:  Let's take a quick break.

22             THE VIDEOGRAPHER:  Going off the record.  The

23   time is 1:07 p.m.

24             (Recess taken.)

25             THE VIDEOGRAPHER:  Back on the record.  The time   01:25
```

Exhibit A
Davidson_103

MICHAEL TURCIOS - 3/1/2013

1     is 1:26 p.m.

2              MS. DAVIDSON:  I have no further questions.

3              MR. MARKER:  I'm going to ask a couple of

4     clarification questions.

5              MS. DAVIDSON:  Okay.                              01:26

6                        EXAMINATION

7     BY MR. MARKER:

8          Q    Michael, when was the first time you met me?

9          A    A couple years ago.

10         Q    Have you ever known me as anything besides an   01:26

11    attorney?

12         A    No.

13         Q    Did you receive a letter from me last summer

14    that included the retainer agreement?

15         A    Yes.                                            01:26

16         Q    Okay.  Do you know what a class representative

17    is?

18         A    Yes.

19         Q    What is it generally?

20         A    It's a person that's the head of all the people  01:26

21    involved in the Carmex case.  And a class rep's

22    responsibility is to put their -- what's that word?

23    What's that word?  I can't remember the word, but -- you

24    know, I can't remember the word.

25         Q    What's the idea of it?  How is this different   01:27

Exhibit A
Davidson_104

MICHAEL TURCIOS - 3/1/2013

1    than a regular case?  Do you know?

2         A    How is it different than what?

3         Q    A regular case.

4         A    A regular case?

5         Q    Yeah.                                          01:27

6         A    There's a lot of people involved.

7         Q    Okay.  Do you owe those people any kind of

8    duties?

9         A    Do I owe them any kind of duties?

10        Q    Yeah.                                          01:27

11        A    If it comes down to it.

12        Q    Okay.  All right.  Were you promised anything of

13   value to be the plaintiff in this case?

14        A    No.

15        Q    When is the first time we met in person about  01:27

16   this case?

17        A    A couple days ago.

18        Q    Okay.  Had you ever heard the measure -- had you

19   ever heard the term ".25 ounces" before today?

20        A    Not -- no.                                     01:28

21        Q    Did you look at the Carmex jars and see the ".25

22   ounces" before you bought that, the jars?

23        A    Did I look at them?

24        Q    Yeah.  Did you inspect them?

25        A    No.                                            01:28

Exhibit A

Davidson_105

MICHAEL TURCIOS – 3/1/2013

1        Q    Okay.  Do you know if .25 ounces is a

2    measurement of weight or volume?

3        A    No.

4        Q    When you bought the .25-ounce jars, did you

5    think it was full?                                    01:28

6        A    Yes.

7        Q    Did you think it was completely full?

8        A    Yes.

9        Q    Okay.  How did you learn that it wasn't full?

10       A    By peeling the sticker off from the bottom of   01:28

11   the jar.

12       Q    Did you do that in 2012 or before?

13       A    Before any of this.

14       Q    What year, approximately?

15       A    2012.                                          01:29

16       Q    Okay.  When you were purchasing the product, do

17   you care more about the environment or the price you pay?

18       A    The price I pay.

19            MR. MARKER:  Okay, that's all I have.

20            MS. DAVIDSON:  No further questions.            01:29

21            MR. MARKER:  All right.  Oh, wait, one thing.

22   Here, can you mark this.

23            THE REPORTER:  2, or Plaintiff's 1?

24            MR. MARKER:  Yeah.  You can do it however you

25   want.                                                  01:29

Exhibit A
Davidson_106

MICHAEL TURCIOS - 3/1/2013

1          MS. DAVIDSON:  Wait, wait, wait.  Let's just be

2     clear here, I'm not marking that exhibit.

3          MR. MARKER:  Okay.

4          MS. DAVIDSON:  So is it going to be --

5          MR. MARKER:  I don't care if you mark it or not.     01:29

6     Can you -- I'll mark it.

7          MS. DAVIDSON:  All right, so why don't we just

8     come to this.  The exhibit that I marked was --

9          THE REPORTER:  Defendant's 1.

10         MS. DAVIDSON:  -- Defendant's 1.  How about we     01:29

11    do Plaintiff's 1 for this one?

12         MR. MARKER:  Yeah, that's fine.

13         MS. DAVIDSON:  Or Plaintiff's -- yeah, 1, that's

14    okay.

15         MR. MARKER:  Yeah, that's fine.     01:29

16         (Plaintiff Exhibit 1 was marked

17         for identification by the reporter.)

18    BY MR. MARKER:

19       Q   Can you look at this letter brief- -- or can you

20    look at this and tell me what it is.     01:30

21         Does it appear to be a letter?

22       A   Yeah.

23       Q   Who is it directed to?  Who is the recipient?

24       A   Woelbing.

25       Q   Is there a company listed?     01:30

Exhibit A
Davidson_107

MICHAEL TURCIOS - 3/1/2013

1      A     Carma.

2      Q     Okay.

3      A     Laboratories.

4      Q     The defendant in this case, correct?

5      A     Correct.                                          01:30

6      Q     Who signed this letter?

7      A     You did.

8      Q     What's the date of it?

9      A     September 4th.

10     Q     Did you receive a copy of this letter?           01:30

11     A     Yes.

12           MR. MARKER:  Okay, that's all I have.

13           MS. DAVIDSON:  No further questions.

14           All right, guys, thanks for your time.

15           THE WITNESS:  Thank you.                          01:30

16           MR. MARKER:  Have a safe trip back.

17           MS. DAVIDSON:  Yeah, thanks.

18           THE VIDEOGRAPHER:  This concludes Volume 1 of

19     the deposition of Michael Turcios.  The number of tapes

20     used was two.                                           01:31

21           MR. MARKER:  Oh, wait.  Do you want to do a

22     stipulation?

23           MS. DAVIDSON:  For what?

24           MR. MARKER:  For the court reporter.

25           MS. DAVIDSON:  No.  Let's do this.  We can do it  01:31

Exhibit A
Davidson_108

MICHAEL TURCIOS - 3/1/2013

1    off the record.

2          Sorry.  Go on, sir.

3          THE VIDEOGRAPHER:  The original videotapes will

4    be retained by Merrill court reporting San Francisco, 135

5    Main Street, San Francisco, California.                    01:31

6          Going off the record.  The time is 1:31 p.m.

7          (The deposition was concluded at 1:31 p.m.)

8    //

9    //

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit A
Davidson_109